DATE: 03-17-05

NAME: Hendricks    Felicia    Suzette    CLASSIFICATION: Correctional Officer I
    Last        First        Middle

INSTITUTION: Kilby    SECTION/SHIFT: 2nd

YEARS WITH DEPARTMENT OF CORRECTIONS: 4½    YEARS IN CLASSIFICATION: 4½

DATE OF ALLEGED INCIDENT OR MISAPPLICATION
SUPERVISOR'S NAME: Warden Terrance McDonnell OF RULE OR REGULATION: 03-04-05

NATURE OF GRIEVANCE: Being singled out/dismissed for having a small pocket knife on state property; numerous of officers at Kilby have been found to have knives and other unauthorized items inside and on state property. Supervisors had informed the officers to take their weapons back to the cars and return to work. Names and events will be explained in person. (SEE CONTINUATION)

REMEDY SOUGHT: The same type of discipline be enforced against each officer the same way. Be advised this is the first time Officer Hendricks have had any form of discipline. See complaint form 1, 2 and 3 for further details (SEE CONTINUATIO

DECISION RECEIVED AT STEP ONE: _____

_____

_____

DECISION RECEIVED AT STEP TWO: _____

_____

_____

_____

                                        3/17/05
                        SIGNATURE OF GRIEVANT

_____

DECISION AT STEP THREE: _____

_____

_____

_____

_____

                        SIGNATURE/TITLE/DATE

ANNEX C to Department of Corrections' Administrative Regulation 213        21

CONTINUATION OF REMEDY SOUGHT:
    Request a personal conference with
whom ever is concerned.


CONTINUATION OF GRIEVANCE DATED 03/17/05
    The subject matter addressed by Warden
Terrance McDonnell quoting abstracts from
Regulation #207 and #208 do not apply in my
situation unless it apply to certain Officers.
Numerous shakedowns of cars at Kilby Prison
have found knives, weapons and other materials
with no action taken against the other Officers.
    As Officer Hendricks has stated earlier
two other female officers and an unknown
female approached Officer Hendricks in a
non-friendly manner using profanity and
agression, in my opinion I had no other
choice but try and ward them off. At
Kilby there have been incidents where
Officers have been in struggles at the
camp/parking lot with no further action
taken, Officers involved in domestic violence
with their wives/girlfriends with or without
weapons with no further action taken
against them.

Officer Hendricks was called in for a Pre-Dismissal Conference as explained in the final report, without allowing Officer Hendricks to explain my situation in which is a violation of my due process. Why am I being singled out with a first time offense and dismissal without a warning or a second chance or reprimand? Officer Hendricks request a detail investigation of my so call Pre-Dismissal Conference which turned out to be a dismissal without my knowledge.

Alicia Meredith 3/1/05

RECEIVED

2005 JUL 12  A 9:40

GRIEVANCE FORM FOR STEP ___3___
                                (1 - 3)

DATE OF GRIEVANCE (ACT): 03/01/05
CHECK IF ADA FILING: _____
FILE STEP 2: _____
FILE STEP 3: _____3_____

FILED STEP 1: _____
COMPLETED STEP 1: _____
COMPLETED STEP 2: _____
COMPLETED STEP 3: _____

NAME: _Felicia Hendricks_     SSN: _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_

INSTITUTION: _Kilby Correctional Facility_   CLASSIFICATION: _CO I_

YEARS OF SERVICE W/DOC: ___5___     IN CLASSIFICATION: _CO I_

SUPERVISOR'S NAME: _Warden Terrance McDonnell_   SECT/SHIFT: _2nd_

NATURE OF GRIEVANCE: _Being considered for dismissal for making a defensive act facing down two female officers and a civilian female who made aggressive moves toward Officer Felicia Hendricks. (See continuation for further details). Inclosures 1 thru 6_

REMEDY SOUGHT

_For my actions I deserve some form of discipline/guidance but not dismissal. I am willing to attend and complete anger management classes, if desired. I'm a single parent with two young girls to support and I need my job being a single parent and doing a professional job with D.O.C. I request appropiate actions to be taken against the other parties._

_Felicia Hendricks_
SIGNATURE OF GRIEVANT

DECISION AT STEP _____

_____
_____
_____
_____
_____

SIGNATURE/TITTLE/DATE

Annex B to AR 213

INCL. 1

On February 10, 2005, at approximately 10:00pm CO1 Felicia Hendricks wanted jos CO1 Latoya Nelson to ask her (Nelson) about the rumors spreading inside the institution among officers, nursing staff and inmates. As CO1 Nelson approached her car, which both (Hendricks and Nelson) cars were parked side by side. CO1 Hendricks asked CO1 Nelson in a calmly manner. "Do you have anything to say to me?" CO1 Nelson said "No" in a smartish tone. CO1 Hendricks said, "Are you sure?" Then CO1 Hendricks said to Ms Nelson then, "Why is you going around her telling people that I stole your money?" CO1 Nelson replied, "You did." I (Hendricks) told Mrs Nelson that I (Hendricks) don't have to steal from you, after all the times I let you borrow money. By that time our voices (Hendricks & Nelson) started getting louder. We both (Hendricks & Nelson) were in each other's face yelling and crying. Then CO1 Kammin Penn, Roswell Pettaway, Joey Craig and stated you'll need to

leave that mess alone. COI Michael Armstrong observed the incident from his car. COI Penn, Pettaway and Craig stated you'll need to leave. COI Nelson stated, "I'm not leaving and and nobody is going to fight, I need to talk to Ms. Hendricks and get this off my chest." COI Penn stated to COI Nelson, "I'll give you $100 dollars and you'll just leave with the mess." Then COI Nelson stated, "The money isn't the issue, Ms. Hendricks haven't spoke to me or said anything to me in two whole weeks and that's why I thought she had my money." I replied to Mrs. Nelson, "I don't have your money and why would I steal from you anyway. I don't have to steal." By that time Mrs Nelson said, "You'll leave me alone I just want to talk to Ms. Hendricks alone." Then after that Mrs. Nelson asked me to get in her (Nelson) car and I did.

The arguing had ceased as COI
Hendricks and Nelson was in
her car talking to each other. I
told Mrs. Nelson, I don't have
your money and why would I
steal from you anyway after all the
times I gave you money for gas
and whenever you asked me I
gave it to you and I never
hounded you about paying me
back. Then Mrs. Nelson replied,
"Dean, its been two weeks and
you haven't spoke to me or said
a word to me." I told Mrs. Nelson
what do you expect for me to
say when you're going around
accusing me of stealing your
money. The right thing you could
have done was come to me
and ask me instead of accusing
me. COI Hendricks and Nelson
both apologized to each other. By
that time COI Kilonzo Colbert, a
female friend and a child had
pulled up in front of COI Nelson's

car, in which, CO1 Colbert had left the parking lot for home and returned back. CO1 Colbert got out of her Colbert car and approached CO1 Nelson's driver door, opened it and stated to CO1 Nelson, "Are you alright?" CO1 Nelson replied, "I'm fine, I just want to talk to Mr. Hendricks." Then CO1 Colbert stated to CO1 Nelson, "You're my friend and I'm not leaving." I told CO1 Nelson that I'll see you later. As I (Hendricks) got out the passenger side of Nelson's car while CO1 Colbert was standing at the driver side, CO1 Colbert stated to CO1 Nelson, "I told you that Bitch aint shit." CO1 Hendricks replied to CO1 Colbert "this doesn't have anything to do with you." Then Colbert stated to Hendricks, "We (Colbert + Nelson) don't like you anyway." CO1 Hendricks replied, "Who cares because I don't like you either."

Then Colbert walks to her car
pulled off her jacket, pulled her
shirt out and said calling
Hendricks all kinds of Bitches
and Hoe's, telling me to bring it
on. At that time Colbert
continued to walk back and
forth to her car yelling out
loudly. By that time her female
friend got out the car and
opened the back door, then that's
when I grabbed my pocket knife
from the inside of my drivers
door and pulled it out. By that
time CO1 Penn had grabbed
my hand and took it from me.
Then CO1 Colbert started yelling
"she's got a knife, Bitch you
got to use a knife. I replied
to CO1 Penn who was holding
me, that, "That Bitch and shit."
Then CO1 Penn pushed me in
my car and closed the door
and I CO1 Hendricks pulled off
and left, then CO1 Nelson

607

followed me (Hendricks).

On February 27, 2005 at approximately 10:35 pm, COI Hendricks called COI Nelson on her (Nelson) cell phone and we talked. COI Nelson said she was working when I was going to call her. I (Hendricks) to her that I didn't know if you really wanted to talk to me. COI Nelson said "I'm not mad at you and I told her I wasn't mad at her either. Then we talked about a few things and then she said she didn't think that things would have gone this far. She (Nelson) said that she heard that I (Hendricks) could lose my job and she (Nelson) didn't want that to happen. Then I (Hendricks) asked her do you have a problem working with me and she (Nelson)

said "no." But she (Nelson)
said that CO-1 Colbert said
"she (Colbert) didn't want me
to lose my job either, but
she (Colbert) can't work with
me in fear of her (Colbert) life.
I asked Mrs Nelson could
she write a statement and
she did say "yes," she have
no problem with that, and
that she (Nelson) would get
back with me the next
morning, but she never did.

Felicia Hendricks

INCL. 2

On 2-16-05 at approx. 10:00 P.M,
upon ending my tour of duty at
Kilby Correctional Facility. As I CO
Craig was heading toward my
car in the parking lot. I CO
Craig observed CO Felicia Hendrix
and CO Latoya Nelson getting in
CO Nelson's car. At approx. 10:02 P.M.
As I CO Craig began to pull out of
the parking lot. CO Lakenya Colbert
pull up her car behind me and
blocked my way out. I CO Craig then
asked CO Colbert could she move her
car for me please. CO Colbert then
told somebody in her car to move
it. They moved the car. I CO
Craig began to exit the property
and observed CO Colbert walk toward
CO Nelson's car and open the driver
side door. I CO Craig then drove off
and did not witness anything else

Tony Craig CO

**DUTY POST LOG**

| DATE | PRINTED NAME AND RANK SIGNATURE | SHIFT (1, 2, 3, Adm, Etc.) | DUTY POST ASSIGNMENT |
|------|--------------------------------|----------------------------|----------------------|
| ENTRY TIME | | | |

On Thursday Feb 10, 2005 at approx 10:10 pm. I CO1 Roosevelt Pettaway, seen CO1 Lilkenya Colbert leaving the parking lot of Kilby Correction facility. She left state property and returned to the parking lot area. CO1 Lilkenya Colbert parked her car in front of CO1 Lataya Nelson car. As I was walking toward my vechile I observed CO1 L Colbert walking toward the passenger side of 1st L. Nelson car. As I enter my vechile to start it up, I observed 51 Tchennaria Blackman an 52 Kenneth Cash running toward the area where the girls were, As they were running 51 Tchennaria Blackman fell in the parking lot. 52 Kenneth Cash and I helped her up off the ground. I then got into my vechile and lefted.

DOC N054   Rev 6-20-89

INCL: 4

1 of 3

On February 10, 2005 at approximately 10:02 p.m. after leaving the institution and entering the parking lot. After walking to my car I observed COI Felicia Hendricks and COI Lataya Nelson arguing loudly. I immediately grabbed COI Hendricks by the arm and tried to place her in the car. COI Hendricks stated that she was not going anywhere until she gets straight with COI Nelson because she was not a thief. COI Nelson came behind COI Hendricks yelling "you got my money because it was in the car and you and I were the only one's in the car. I told COI Nelson to get in her car and drive down the road and to get this settle down the road off of state property. I told them not to do this in front of everybody and that this shit is going to be all over the prison. Both stated that where not going anywhere until they got it straight. I told COI Nelson that if it was over a $100 dollars that I would give her a $100 dollars.

COI Nelson stated that it wasn't about the money. After After arguing about 2 minutes COI Nelson and COI Hendricks got into COI Nelson's car. The loud arguing had ceased. COI Colbert who had left the institution had come back to the parking lot, parked her car in front of COI Nelson's car got out of her car and walked to the driver's side where COI Nelson was sitting yelling I'm not going to let you jump on my friend and we are not studing you. COI Hendricks got out of the car and said this ain't got nothing to do with you Ms. Colbert COI Nelson jumped out of the car and told COI Colbert to go home. COI Colbert went back to her car and pulled off her jacket and pulled her shirt out and told COI Hendricks to bring it on. COI Colbert began to walk towards COI Hendricks. cusing COI Hendricks calling her Bitches and whores. I observed the female civilian in COI Colbert's car open the passenger door and get out and open the back passanger door. of COI Colbert's car. COI Colbert continued to walk toward COI Hendricks. CoI Nelson was standing next to the passanger's side of COI Hendricks car. COI Hendricks then reached in the driver's side door a grabbed a pocket knife. COI I then immediately grabbed the knife from COI Hendricks and dropped the knife back in the door, and pushed COI Hendricks

back into her car. CoI Colbert stated you see that the bitch had to get a knife for me. CoI Hendrick had pulled out of the parking lot. CoI Nelson had immediately followed CoI Hendricks. After the incident I had ran to assist Lt. Tchernavia Blackman who had fallen. After checking on Lt. Blackmon I departed the parking lot.

INCL. 5

# PETETION FOR COI FELICIA HENDRICKS TO REMAIN WITH THE DEPARTMENT OF CORRECTIONS

1. _[signature]_
2. Katie Bailey LPN
3. COI Calvin Banks
4. Charles Caldwell COI
5. Eric Richardson COI
6. _[signature]_ COI
7. Kevin Wallace COI
8. _[signature]_ Sims LPN
9. Frankie Brown COI
10. Dallas _[illegible]_
11. _[signature]_
12. _[signature]_ COI
13. Latrika Henderson LPN
14. Daniel Rudolph, COII
15. Roosevelt Pettaway
16. _[signature]_ M. Butler, MHI
17. _[signature]_ COI
18. _[signature]_ COI
19. _[signature]_ C.O.I
20. _[signature]_

21. _Alfreda Delaney_ LPN
22. _John F. Richardson_ CI X
23. _Gary Unch_ COI
24. _Lenard Cannon_ COI
25. _Lenard Cannon_ COI
26. _Tommy Riley_ Esq
27. _KB_ COI
28. _Robyn Young_ COI
29. _B. Clay_ COI
30. _J. H._
31. _Ronald S. Gibson_ COI
32. _Alwesa Boswell_ RN
33. _Mary Jarrett_
34. _Clown Hall_
35. _Cowan Jones_
36. _Leonard Moore_
37. _William Gott_
38. _Yusuf A. Hasan_
39. _Nathaniel Brown_
40. _Willie Free_
41. _Antoine Armon_
42. _Joseph James_
43. _Michael Free_

44. _____

45. _____

46. _____

47. _____

48. _____

49. _____

50. _____

51. _____

52. _____

53. _____

54. _____

55. _____

**GRIVANCE/COMPLAINT FORM FOR STEP** **I** _____ **

PLEASE CIRCLE CAUSE OF COMPLAINT:

Race  Color  Sex  Religion  National Origin  Retaliation  Age  Disability
Other (specify) Information Clarification

DATE: February 17, 2005        NAME: Felicia Hendricks

SSN: 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              CLASSIFICATION: Correctional Officer I

INSTITUTION: Kilby_____Section/Shift: 2nd

SUPERVISOR'S NAME/POSITION: Tchernavia Blackmon, COSI/ Kenneth Cash, COII

DATE OF OCCURRENCE CAUSING THE COMPLAINT: February 10, 2005_____

NATURE OF COMPLAINT: On 2-10-05 at approximately 10:05 p.m., in the parking lot at Kilby Prison, Officer Felicia Hendricks was in discussion in Officer Latoya Nelson's vehicle on some money that was lost or disappeared. At approximately 10:14 p.m., I, Officer Hendricks was approached by Officer Lilkenya Colbert and a civilian who was driving her (Colbert) car which had left Kilby Institution and returned. Officer Colbert exited her (Colbert) car and approached Officer Nelson's car and starting making threathing remarks toward Officer Hendricks, who had left Officer Nelson's car for her (Hendricks) car persued by Officers Colbert, Nelson, and an unidentified female who was driving Officer Colbert's car. At approximately 10:15 p.m., Officer Hendricks felt/ threthened by the three individuals and took a small knife out of the driver door of Officer Hendricks' car to ward off the aggression of the three people mentioned above.

REMEDY SOUGHT:  A thoroughly investigation of the events on 2-10-05, further information may be obtained from: Officers K. Penn, R. Pettaway, J. Craig, M. Anderson, M. Armstrong which will shed more light on this unusual occurance that may exonerate Officer Hendricks from the alleged allegations. Based on Administrative Regulation # 205, biding on shift institution and days off was elected for Kilby and Second Shift. Officer Hendricks wish to remain at Kilby based on being a single parent with two daughters and being established in the Montgomery area and having a trailer.

COPY OF STEP_____AND **              _Felicia Hendricks 2/17/05_

DECISION ATTACHED                    EMPLOYEE SIGNATURE/DATE

DECISION AT STEP_____*

_____

_____

_____
_____
SIGNATURE/TITLE/DATE

**ENTER APPROCIATE STEP NUMBER AND ATTACH COPY OF PREVIOUS STEP IF PROCEEDING TO HIGHER STEP

ANNEX B

AR206 – February 22, 2000