IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2005 AUG -1 P 4: 40
DEBRAH HACKETT

Felicia S. Hendricks )
5113 Loblolly Pine Dr. )
Montgomery, Al 36116 )
_____ )
_____ )
Plaintiff(s) )
)
v. )          2:05cv714-F
)
Warden Terrance McDonnell )
The Department of Corrections )
et, al )
_____ )
_____ )
Defendant(s) )

MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s) _Felicia S. Hendricks_

moves this Honorable Court for an order allowing he/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Felicia S. Hendricks_
Plaintiff(s) signature

5113 Loblolly Pine Dr. P.O. Box 251554
Montgomery, Al 36116  36125
(334) 288-2429 or (334) 546-3071