✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

Felicia S. Hendricks
Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

Warden McDonnell et al
Defendant

CASE NUMBER:  2:05cv714-F

TO: (Name and address of Defendant)

Warden Terrance Mcdonnell
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL 36057

   **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Felicia S. Hendricks
P.O. Box 251154
Montgomery, AL 36125
334-288-2429

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

_____
(By) DEPUTY CLERK

8/3/05
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle _____ District of _____ Alabama

Felicia S. Hendricks
Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

Warden McDonnell et al
Defendant

CASE NUMBER:  2:05cv714-F

TO: (Name and address of Defendant)

Legal Counsel
Department of Corrections
101 Union Street
Montgomery, AL 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Felicia S. Hendricks
P.O. Box 251154
Montgomery, AL 36125
334-288-2429

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

8/3/05
DATE