IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Felicia Hendricks
PLAINTIFF

CIVIL ACTION: 2:05CV714-F

VS

Warden McDonnell, et.al.
DEFENDANT

A F F I D A V I T

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared Terrance McDonnell who being know to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Terrance McDonnell, and I am presently employed as Warden III with the Alabama Department of Corrections, Kilby Correctional Facility, Mt. Meigs, Alabama. I am over nineteen (19) years of age.

I have thoroughly reviewed the complaint filed by Ms. Hendricks.   Ms. Hendricks was terminated from employment at Kilby Correctional Facility on March 4, 2005, due to her conduct, and failure to follow the rules and regulations of the Alabama Department of Corrections.

Ms. Hendricks alleged in her complaint that was served on me in August, 2005, that I violated her civil rights by dismissing her from employment for being in possession of a knife on prison grounds which was a more serious punishment than male officers have received.  I do not recall ever having this same type incident involving male officers pulling a knife on another employee.

Hendrick's, Felicia   2-05 CV 714-F - Final           1

"Exhibit A"

The incident that led to her termination occurred on February 10, 2005, in the Kilby Correctional Facility Parking lot. This incident was investigated by the Alabama Dept. of Corrections Investigation and Intelligence Division, Investigator Eric Demus.    Ms. Hendrick's tape recorded statement was transcribed into a written statement (see attached) in which she admitted to screaming, cursing, pushing, name calling, angry and threatening remarks being made and a knife being pulled by Ms. Hendricks on Correctional Officer I Lilkenya Colbert.    Ms. Hendricks admitted to Investigator Demus that she physically assaulted CO I Latoya Nelson by bumping her chest against CO I Nelson's chest.

Ms. Hendricks admitted to being physically restrained by Correctional Officer I Kramer Penn who removed the knife from her possession to prevent her from assaulting CO I Lilkenya Colbert.    Ms. Hendricks admitted she was verbally threatening Ms. Colbert prior to CO Penn taking an opened pocketknife from Ms. Hendricks

On 2-14-05 Investigator Errick Demus went to Ms. Hendricks' home to pick up the knife Ms. Hendricks had used in the 2-10-05 incident.  Ms. Hendricks had agreed to give Investigator Demus the knife which she had at her home.  It was a 3 1/2 inch black buck pocket knife with a 2 1/2 inch silver blade which she stated she had in her possession during the disturbance in the parking lot at Kilby.

Based on the information reported to me, Ms Hendricks' statement and the results of the investigation, I recommended Ms. Hendricks dismissal.  In accordance with the Alabama Department of Corrections Administrative Regulations, I documented the rules and regulations violated and my rationale for the dismissal action.  The Notice of Pre-Dismissal Conference dated February 18, 2005, was served on her.  (See attached.)  The Pre-Dismissal Conference was held on March 2, 2005 and Commissioner Donal Campbell ordered her dismissal effective March 4, 2005.  The Dismissal letter detailed the rules and

Hendrick's, Felicia   2-05 CV 714-F - Final

regulations violated.

There is a major difference in <u>authorized</u> employees being allowed to carry pocketknives for job related duties and Ms. Hendricks getting her knife out of her vehicle and pulling her knife on another employee. Ms. Hendricks was using her knife as a weapon, threatening an employee with it, creating a disturbance on state property in the parking lot, and was uncontrollable to the point that another officer had to physically restrain her from attacking CO I Lilkenya Colbert.

I deny that I have not violated Ms. Hendrick's constitutional rights in any manner.


Terrance McDonnell, Warden III
Kilby Correctional Facility



State of Alabama
Montgomery County
Sworn to and subscribed before me and under my hand and official seal this the 18th day of August, 2005.

Betty S. Carr, Notary Public
My comm. expires 1-17-06

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

Felicia Hendricks
PLAINTIFF

CIVIL ACTION: 2:05CV714-F

VS

Warden McDonnell, et.al.
    DEFENDANT

**STATE OF ALABAMA**

**MONTGOMERY COUNTY**

I, Terrance McDonnell, hereby certify and affirm that I am Warden III at Kilby Correctional Facility; that I am one of the custodians of the inmate institutional records at this institution; that the attached documents are true, exact, and correct photo-copies of certain original documents maintained here in the institutional files; and that I am over the age of nineteen (19) years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the Kilby Correctional Facility; and that said documents (and the entries therein) were made at, or reasonably near the time that such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on the 18 th day of August, 2005.

_____
**Terrance McDonnell, Warden III**
**Kilby Correctional Facility**

State of Alabama
Montgomery County
Sworn to and subscribed before me and under my hand and official seal this the
18th day of August, 2005.

_____
Betty S. Carr, Notary Public
My comm. expires 1-17-06.

Hendrick's, Felicia   2-05 CV 714-F - Final

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

Felicia Hendricks
**PLAINTIFF**

                                                            **CIVIL ACTION: 2:05CV714-F**

**VS**

Warden McDonnell, et.al.
        **DEFENDANT**

### STATE OF ALABAMA

### MONTGOMERY COUNTY


I, Terrance McDonnell,  hereby certify and affirm that I am Warden III at Kilby Correctional Facility; that I am one of the custodians of the inmate institutional records at this institution; that the attached documents are true, exact, and correct photo-copies of certain original documents maintained here in the institutional files; and that I am over the age of nineteen (19) years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at the Kilby Correctional Facility; and that said documents (and the entries therein) were made at, or reasonably near the time that such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on the 18 th day of August, 2005.


**Terrance McDonnell, Warden III**
**Kilby Correctional Facility**

State of Alabama
Montgomery County
Sworn to and subscribed before me and under my hand and official seal this the
18th day of August, 2005.

**Betty S. Carr, Notary Public**
**My comm. expires 1-17-06.**

Hendrick's Felicia   2-05 CV 714-F                    4





### State of Alabama
## Alabama Department of Corrections

301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130

**BOB RILEY**
GOVERNOR

**DONAL CAMPBELL**
COMMISSIONER

March 4, 2005

Ms. Felicia S. Hendricks, CO I
Kilby Correctional Facility
Montgomery, AL 36057

Dear Ms. Hendricks:

On March 2, 2005 you appeared at a Pre-Dismissal Conference held by Warden Terrance McDonnell to answer the following charges against you:

1.  Employees shall observe all laws, rules and regulations. (Administrative Regulation 207, Section V, Paragraph A7)

2.  Employees shall uphold, with integrity, the public's trust involved in their positions. (Administrative Regulation 207, Section V, Paragraph A9)

3.  Each employee's conduct shall, at all times, be consistent with the maintenance of proper security and welfare of the institution and of the inmates under his/her supervision. (Administrative Regulation 207, Section V, Paragraph B)

4.  Employees shall not carry any weapons, tear gas, ammunition, or blackjack into the institution or on the grounds of any ADOC state property, except as authorized by the Warden/Division Director. (Administrative Regulation 207, Section V, Paragraph C11)

In determining the appropriate disciplinary action for violations of Administrative Regulation 207, I have also considered the following offenses under Administrative Regulation 208:

1.  Fighting, assault, physical violence and disruptive behavior. (Administrative Regulation 208, Section III, Group III Offenses, Paragraph A.3.b.(4)(a))

Telephone (334) 353-3883                     Fax (334) 353-3967

Page 2
Ms. Felicia S. Hendricks

2.  Conduct that is disgraceful, on or off the job, that does adversely affect employee's effectiveness on the job. (Administrative Regulation 208, Section III, Group III Offenses, Paragraph A.3.b.(4)(n))

3.  Possession or use of firearms, weapons, explosives, or other dangerous items, except on duty and in designated areas and as authorized in regulations and/or procedures. (Administrative Regulation 208, Section III, Group III Offenses, Paragraph A.3.b.(4)(s))

4.  Serious violations of other rules, procedures, laws, or reasonable conduct expectations. (Administrative Regulation 208, Section III, Group III Offenses, Paragraph A.3.b.(4)(v))

On or about February 10, 2005 it was reported that a disturbance occurred in the parking lot of Kilby Correctional Facility that involved you and two (2) other officers. Voices were heard screaming and cursing while another officer was attempting to restrain you.

An investigation on the above referenced incident revealed that you pulled a knife on one (1) of the officers in the Kilby parking lot. You admitted to one (1) of the department's investigator that you did pull the knife on the officer and turned the knife in to him. You further admitted that you bullied the officer by brushing up against her with your chest while pushing her backwards. There were numerous witnesses to this incident regarding your involvement in pulling the knife and/or physical and verbal confrontation on two (2) officers.

A review of your overall work record reveals no active or previous disciplinary action.

Having reviewed the Warden's Notice of Intent to Recommend Dismissal and associated documents, your overall work record, and the defense you offered at the Pre-Dismissal Conference; I do hereby order your dismissal, for the good of the service, to be effective the close of business March 4, 2005.

I regret this action is necessary, but Alabama Department of Corrections' employees are expected to maintain reasonable standards of conduct. Your failure to meet these standards cannot be condoned.

Page 3
Ms. Felicia S. Hendricks

If you think your dismissal is unwarranted, you may appeal the dismissal to the State Personnel Department within ten (10) days by filing an answer to the charges made against you. Such request should be forwarded to the State Personnel Department, Personnel Director, Folsom Administrative Building, 300 Folsom Administrative Building, Montgomery, Alabama 36130-4100.

Sincerely,

Donal Campbell
Commissioner

DC:ne

CC:  Mr. Tommy Flowers, State Personnel Director
     Warden Terrance McDonnell, Kilby Correctional Facility
     Mrs. Dora Jackson, Departmental Personnel Director

*State of Alabama*

# Alabama Department of Corrections

Kilby Correctional Facility
P.O.Box 150
Mt. Meigs, AL 36057

TERRANCE MCDONNELL
WARDEN III

334-215-6603
Fax-215-6606

February 18, 2005

MEMORANDUM:

FROM:      TERRANCE MCDONNELL, WARDEN

TO:        CO I FELICIA HENDRICKS

SUBJECT:   NOTICE OF PRE-DISMISSAL CONFERENCE

It was reported to me that on February 10, 2005, at approximately 10:06 PM Lt. Tchernavia Blackmon and Sgt. Kenneth Cash observed a disturbance in the Kilby parking lot involving you, CO I Latoya Nelson, and CO I Lilkenya Colbert. Voices were heard screaming and cursing while another officer was attempting to restrain you.

An investigation was conducted by Mr. Demus, I & I Investigator, which revealed the following:
You, CO I Hendricks, did admit to Mr. Demus that you did pull a knife on CO I Colbert, in the Kilby parking lot. You turned the knife into Mr. Demus on Monday, February 14, 2005, stating it was the knife you pulled on CO I Colbert on the night of 2-10-05. Also, you admitted to Investigator Demus that you bullied CO Nelson by brushing up against her with your chest while pushing her backwards (with your chest). Another officer had to restrain you from attacking/going after CO Colbert while you were struggling to get to CO Colbert. There were numerous witnesses to this incident in the parking lot regarding your involvement in pulling the knife and/or physical and verbal confrontation on CO Is Colbert and Latoya Nelson.

Your actions are in direct violation of Administrative Regulation 207:   Standards of Conduct:
II.  Policy: It is the policy of the ADOC that all employees maintain the highest level of behavior and efficiency, reflect the best image of public service, and uphold with integrity the public confidence entrusted in them.

V. A.  7. Observe all laws, rules and regulations.
         9. Uphold, with integrity, the public's trust involved in their positions.
   B.   Each employee's conduct shall, at all times, be consistent with the maintenance of proper security and welfare of the institution ...

1

C. Employees shall not:
11. Carry any weapon...on the grounds of any ADOC state property, except as authorized by the Warden/Division Director.

This type behavior can not be tolerated. It creates a tremendous risk for the life and safety of other employees at this institution and to the orderly operations of Kilby. Employees behaving in this manner can not work together to provide for a safe and secure work environment. Due to the extreme seriousness of your infractions, the penalties for the above violations are reflected in AR 208: III.A.3.a.b. and warrants (4)Dismissal.

(a) Fighting, assault, physical violence or disruptive behavior.
(n) Conduct that is disgraceful, on or off the job, that does adversely affect an employee's effectiveness on the job.
(s) Possession or use of ...weapons... or other dangerous items, except on duty and in designated areas and as authorized in regulations and/or procedures.
(v) Serious violations of other rules, procedures, laws, or reasonable conduct expectations.

A review of your file does not indicate any active disciplinary action.

In accordance with AR 208, I have scheduled a pre-dismissal conference in my office on *Wednesday, March 2, 2005, at 10:00 AM*. This dismissal conference is for the purpose of allowing you to present information to me regarding the action under consideration; i.e., a chance for you to "tell your side of the story". Our conference shall be informal. You may present written statements of witnesses or any other information regarding these charges. You may, at your own expense, have representation present at this conference, but only as an observer, not a participant.

You may voluntarily resign in lieu of dismissal. However, it is highly probable that you will not be recommended for re-employment with the Department of Corrections.

cc: file

_____ 2-18-05   9:13A
**Witness        Date      TIME**

_____ 2/18/05
**Received            Date**

**STATE OF ALABAMA**
**BOARD OF CORRECTIONS**

INSTITUTIONAL INCIDENT REPORT

N601
D of C
DOC No. 601 (REV. 4/81)

| 1. Institution: Kilby Correctional Facility | 2. Date: February 10, 2005 | 3. Time: 10:08 p.m. | 4. Incident Number: KGF 05-118 |
|---|---|---|---|
| 5. Location Where Incident Occurred: Kilby's Parking Lot | | 6. Type of Incident: Employee Disagreement | |
| 7. Time Incident Reported: 10:25 p.m. | | 8. Who Received Report: Warden Terrance McDonnell | |

| 9. Victim: | a. _____ (type full name) | No. _____ |
|---|---|---|
| | b. _____ (type full name) | No. _____ |

| 10. Suspects: | | | 11. Witnesses: | | |
|---|---|---|---|---|---|
| a. | Latoya Nelson | No. COI | a. | Roosevelt Pettaway | No. COI |
| b. | Felecia Hendricks | No. COI | b. | Micheal Armstrong | No. COI |
| c. | Lilkenya Colbert | No. COI | c. | Gwen Foster | No. COI |
| d. | | No. | d. | Jarvin Jarrett | No. COI |
| e. | | No. | e. | Krammer Penn | No. COI |
| | | | f. | Micheal Anderson | No. COI |
| | | | g. | Kenneth Cash | No. COI |

Physical Evidence:

12. Type of Evidence: _____

13. Description of Evidence: _____

14. Chain of Evidence:
a. _____
b. _____
c. _____
d. _____

15. Narrative Summary:
On February 10, 2005 at approximately 10:06 p.m., Tchernavia W. Blackmon, COSI and Kenneth Cash, COII departed Kilby's front gate. Lt. Blackmon and Sgt. Cash were approaching the parking lot, when Lt. Blackmon heard voices arguing. Lt. Blackmon stated to Sgt. Cash, "I told you something was going to happen let's go over there." Before Lt. Blackmon and Sgt. Cash could make it into the parking lot. The arguing intensified. A voice could be heard screaming and cursing, another officer was observed attempting to restrain a female officer. Lt. Blackmon shouted to Sgt. Cash, "Sgt. Cash you go, I can't run". At this time Lt. Blackmon attempted to cross over the rocks in front of the parking lot, in order to get to the incident. Lt. Blackmon slipped and felled. Roosevelt Pettaway, COI began shouting, "See what y'all have done. You made Lt. Blackmon hurt herself with that mess". Sgt. Cash and COI Pettiway ran over to Lt. Blackmon and assisted her in getting up from the ground". Once Lt. Blackmon regained her

D of C - N 602

## CONTINUATION SHEET

| Institution:<br>**Kilby Correctional Facility** | Incident Number:<br>**KCF-05** _112_ |
|---|---|
| Date<br>**February 10, 2005** | Type of Incident:<br>**EMPLOYEES DISAGREEMENT** |

Narrative Summary (Continued) Page No. 2

balance she observed Felecia Hendricks, COI car speed from the parking lot followed by Latoya Nelson's car.  At approximately 10:10 p.m. Lilkenya Colbert, COI pulled up to Lt. Blackmon and Sgt. Cash and stated, " I'll be out here in first thing in the morning, Ms. Hendrick pulled a knife on me." Lt. Blackmon advised COI Colbert to go on home and to report back to Kilby in the A.M.   At approximately 10:25 p.m. Lt. Blackmon reported this incident to The On Call Duty Officer, Terrance McDonnell, Warden III. This incident remains under investigation.

TCHERNAVIA W. BLACKMON, COSI

*KCF 05- 112*

*State of Alabama*

# Alabama Department of Corrections

Kilby Correctional Facility
P.O.Box 150
Mt. Meigs, AL 36057

TERRANCE MCDONNELL
WARDEN III

334-215-6603
Fax-215-6606

STATEMENT OF CO I  LILKENYA COLBERT
INCIDENT WITH CO I FELICIA HENDRICKS
ON 2-10-05

On February 10, 2005, at approximately 10:10 PM CO I Lilkenya Colbert observed and heard CO I Latoya Nelson and CO I Felicia Hendricks arguing.   CO I Colbert got out of her car and approached CO Nelson at her car. While approaching CO I Nelson's car, CO I Gwen Foster stated to CO Colbert, "Tell them (CO Nelson and CO Hendricks)  to leave with that mess before they (CO Nelson & CO Hendricks) get in trouble.  By that time CO Nelson and CO Hendricks were on the inside of CO Nelson's car.

CO Colbert approached CO Nelson's driver side door, opened it, and stated "Ms. Foster said y'all (CO Nelson & CO Hendricks) need to leave with that mess before yall (CO Nelson and CO Hendricks) get in trouble. CO I Hendricks stated " The inmates said Ms. Colbert and Ms. Nelson must not like you because they are always talking about you." CO Colbert stated to CO Hendricks " I am not studying you and nobody else.  I came to check on Ms. Nelson."

CO Hendricks got out of CO Nelson's car and stated, "I am not studying you either and I don't talk to you anyway."  CO Colbert stated to CO Hendricks, "Keep it that way, because the same thing you're telling us, is the same thing we heard you were supposed to have said about us."  CO Hendricks got inside of her car and rolled her (Hendricks) window down and started back lashing out.

CO Colbert stated to CO Hendricks, "Go ahead on.  Ms. Nelson isn't studying you."  CO Colbert then closed CO Nelson's driver's side door.  CO I Hendricks got  out of her (Hendrick's) car and pulled out a shinny, metal, medium length object and held it in her right hand waving it in the air stating, "I'm tired of this shit."  CO Colbert then stated loudly, "She's got a knife.  She pulled a knife on me!"

CO Nelson, CO I Kramer Penn, CO I Roosevelt Pettaway, CO I Joe Craig, CO I Michael Anderson, CO I Michael Armstrong and CO Colbert's passenger, Selena Davis, were at the scene.  CO Kramer Penn grabbed CO Hendricks as CO Hendricks tried to approach CO Colbert.  CO Hendricks stated to CO I Penn, "No. Let me go.  I'm about to get this bitch."  CO Nelson got out of her (Nelson's) car along with CO Colbert's passenger, Selena Davis, who was telling CO Colbert, "Get in the car."  While approaching my car, CO Hendricks grunted and stated, "Let me go.  I've got to get her."

*KCF05- 112*

## STATEMENT FROM SELENA DAVIS
### FEBRUARY 11, 2005

On 2-10-05, at approximately 9:50 PM I arrived at the Kilby parking lot to pick up CO Lilkenya Colbert when she got off work at 10:00 PM. I was driving her car. Lilkenya got in the driver's side and me on the passenger side. We started to drive out of the parking lot. CO Colbert noticed CO Latoya Nelson, BF, and several others, 1 BM and 2 BF's, at CO Nelson's car. CO Colbert got out and went to CO Nelson's car door and Nelson's passenger, BF, got out of the car. The BF Officer then went to her own car, a Camrey. I later learned that the BF in the Camrey was Felicia Hendricks. Then more words were passed between CO Colbert and CO Hendricks. I am not sure what all was being said, but a BM Officer was physically holding CO Hendricks at the Camery. CO Hendricks was saying something and I heard CO Colbert say, "She's got a knife", referring to CO Hendricks at the Camery. The other officers who had gathered around the incident were telling CO Colbert to get in her car. They were trying to help separate CO Hendricks and CO Colbert. I got out of CO Colber'ts car and talked her into getting back in the car with me. I did notice that whomever was holding CO Hendricks at her Camrey was trying to keep her hands down. CO Colbert kept saying "She's got a knife". I did not hear anyone defending CO Hendricks by stating that she did not have a knife not even the BM Officer holding her so I assumed she did have a knife. I did not see a knife myself, but I did see what appeared to be something in her hand. I got CO Colbert to get into her car. Just before we drove off I heard CO Colbert telling the BF Lt., later learned to be Lt. Blackmon, and a BM, later learned to be Sgt. ~~Boyd~~ *Cash*, and several other officers what was going on with CO Hendricks. We then left the parking lot.

_____ 2/11/05
Selena Davis                Date


State of Alabama
Montgomery County

    Sworn before me and under my hand official seal appeared Selena Davis this the 11th Day of February, 2005.


_____
Betty S. Carr, Notary Public
My comm. expires 1-17-06

KCF05-112

CO Colbert observed Lt. Tchernavia Blackmon and Sgt. Kenneth Cash entering the parking lot. CO Colbert left the scene and reported the incident to Lt. Blackmon and Sgt. Cash. No further action was taken at this time.

_CO Lilkenya Colbert_ 2/11/05
CO I Lilkenya Colbert          Date

State of Alabama
Montgomery County

Sworn to and subscribed before me and under my hand an official seal this the 11 th day of February, 2005.

_____
Notary Public
My comm. expires: 6/15/08 _____

*KCF05-0112*

*State of Alabama*

# Alabama Department of Corrections
Kilby Correctional Facility
P.O.Box 150
Mt. Meigs, AL 36057

TERRANCE MCDONNELL
WARDEN III

334-215-6603
Fax-215-6606

Statement from CO I Latoya Nelson
February 11, 2005

On February 10, 2005, at approximately 10:05 PM, CO Latoya Nelson while entering Kilby's parking lot noticed CO Felicia Hendricks standing in front of her (CO Hendricks's) vehicle that was parked next to CO Nelson's vehicle. CO Hendricks stated to CO Nelson in a derogatory voice, "Mrs. Nelson, you got something you want to say to me?" CO Nelson replied, "No. Why? You got something you want to say?" CO Hendricks then stated, "Then why are you going around telling people I stole your money?" CO Nelson then replied, "You (CO Hendricks) know you got my money. Who else got it? The money was in the car when we both got out of my car. You had asked to see my keys to my car to go and get your money out of my car. When we both got back to my car, my money was gone. You were the only one who went to my car. Inspite of all you have said and did to me, I still fool with you. It's bad enough it ain't but four of us (CO Nelson, CO Colbert, CO Thomas and CO Hendricks) on the shift and we can't get along." CO Hendricks then advanced toward me. stating, "I ain't got your money" while placing her chest against my chest and pushing me in a backward motion.

I loudly said to CO Hendricks, "I am not fixing to fight you out here because I need my job, but we can take this some where else. CO Hendricks then stated, "Then let's go."

CO Krammer Penn and CO Roosevelt Pettaway were running to the scene shouting, "Y'all need to go somewhere else with all this mess before you, CO Nelson and CO Hendricks, have to go to the Warden's Office tomorrow." CO Jarvin Jarrett came up saying, "Ms. Nelson, get in your car and leave before you start fighting. I then stated to CO J. Jarrett, "I am not about to fight. I need to talk to CO Hendricks and get this off my chest. I want my money." I then opened the driver's side door of my car and got inside. CO Hendricks then entered the passenger side of my car. CO Hendricks stated, "Ms. Nelson, all the things that I have done for you, you think I will steal from you?" I replied, "Damn. It has been two weeks and you haven't said nothing to me. Not even spoke or said a word." After you wrote me that little note saying, "I never would have thought you would do what you did." I had no reply because I felt the same about CO Hendricks taking my money.

CO Colbert then came to the driver's side door of my car, opened it and stated, "CO Gwendolyn Foster said y'all (CO Nelson and CO Hendricks) need to leave before there is some trouble. CO Hendricks then stated while looking at CO Colbert, "Inmates are coming up to me all the time saying we, CO Nelson and CO Colbert, must not like her (CO Hendricks) because they are always talking about her (CO Hendricks). I replied, "I am not studying you and nobody else.

KCF05 - 112

I came to check on Mrs. Nelson."  CO Hendricks then exited the passenger side of CO Nelson's car while exchanging more words with CO Colbert.

I then stepped out of the car escorting Ms. Colbert to her car stating, "Get in your car."  CO Colbert began screaming loudly to CO Nelson and her passenger, Selena Davis, "Oh, No.  She (Hendricks) has got a knife after me" repeatedly.  I, CO Nelson, repeated once again to CO Colbert to get in her car.  I then returned to my car and exited Kilby's parking lot.

_Latoya Nelson_ COI  2-11-05
CO I Latoya Nelson          Date


State of Alabama
Montgomery County

Sworn to before me and under my hand and official seal this the 11th day of February, 2005.

_Betty S Carr_
Betty S. Carr, Notary Public
My comm. expires 1-17-06.

*State of Alabama*
# Alabama Department of Corrections
Kilby Correctional Facility
P.O.Box 150
Mt. Meigs, AL 36057

TERRANCE MCDONNELL
WARDEN III

334-215-6603
Fax-215-6606

**March 2, 2005**

**MEMORANDUM:**

**FROM:**    TERRANCE MCDONNELL, WARDEN

**TO:**    COMMISSIONER DONAL CAMPBELL

**THRU:**    DORA JACKSON, ADOC PER. DIRECTOR

**SUBJECT:**    PRE-DISMISSAL CONFERENCE
CO I FELECIA HENDRICKS

The Pre-Dismissal Conference was held in my office today. Attached is the required summary of this meeting.

CO Hendricks did not present any new information at the hearing to change my decision to recommend her for dismissal. This incident of 2-10-05 involving Ms. Hendricks pulling a knife on another employee in Kilby's Parking Lot was investigated by I & I, Inv. Errick Demus. Tape-recorded statements taken by Mr. Demus from the witnesses confirmed that CO Hendricks did pull a knife on another officer and bumped the other female in the chest pushing her backwards. If the other employee had pressed charges against CO Hendricks, she would be facing a felony. If the other officers witnessing this incident had not intervened this problem would have escalated resulting in serious injuries.

It is still my recommendation that CO Hendricks be dismissed from the ADOC.

# KILBY CORRECTIONAL FACILITY
## PRE-DISMISSAL CONFERENCE MEMORANDUM

TO:              DONAL CAMPBELL, COMMISSIONER

FROM:          TERRANCE MCDONNELL, WARDEN

SUBJECT:      CO I FELICIA HENDRICKS

On 2-18-05 the attached Notice of Intent to Recommend Dismissal was served on CO I Felicia Hendricks. On 3-2-05 at 10:08 AM, CO I Hendricks and I met in my office at Kilby. (Copy of Notice of Intent to Recommend Dismissal is attached.) CO Hendricks had no representative present as an observer.

**The employee responded to the Notice of Intent as follows:**

I request to remain as a Correctional Officer I and remain at Kilby. I bid for a shift at Kilby for 1 year 1-2-05 to 1-2-06. I have 2 daughters. I am not financially able to drive to another institution. I have a trailer. I will attend an Anger Management Class if deemed necessary.

I did pull a knife for my own defense on 2-10-05 in the parking lot. We both bumped chest to chest.

**In addition to her response the employee submitted the following documents (attached):**

CO Hendricks presented documents stapled together as her statement/defense for the incident which occurred on 2-10-05 in the Kilby Parking Lot at app. 10:06 PM. The documents stapled included were: Grievance Form for Step 3 signed by CO Hendricks dated 3-1-05; CO Hendricks 7 page statement; Signed statement from CO I Joey Craig; Unsigned statement from CO Roosevelt Pettaway; Unsigned 3 page statement with no notation as to who this was from other than CO Hendricks verbally stating it was from CO I Krammer Penn; A petition for CO Felicia Hendricks to remain with the Department of Corrections signed by 48 KCF and PHS employees; and a Grievance/Complaint Form for Step 1 signed and dated by CO Hendricks on 2-17-05.

_____  3-2-05          _____  3/2/05
RECOMMENDING OFFICIAL   DATE             EMPLOYEE                DATE

**Pending resolution of this problem, the employee can be contacted at the following address and telephone number:** *Felicia Hendricks*
*5113 Loblolly Pine Dr.*
*Montgomery, Al 36116*
*(334) 288-2429*

GRIEVANCE FORM FOR STEP __3__
                        (1 - 3)

DATE OF GRIEVANCE (ACT): 03/01/05          FILED STEP 1: _____
CHECK IF ADA FILING: _____               COMPLETED STEP 1: _____
FILE STEP 2: _____                   COMPLETED STEP 2: _____
FILE STEP 3: __3__                         COMPLETED STEP 3: _____


NAME: _Felicia Hendricks_          SSN: _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_

INSTITUTION: _Kilby Correctional Facility_    CLASSIFICATION: _CO I_

YEARS OF SERVICE W/DOC: _5_              IN CLASSIFICATION: _CO I_

SUPERVISOR'S NAME: _Warden Terrance McDannell_   SECT/SHIFT: _2nd_

NATURE OF GRIEVANCE: _Being considered for dismissal for_
_making a defensive act facing down two female officers and_
_a civilian female who made agressive moves toward Officer_
_Felicia Hendricks. (See continuation for further details). Inclosures 1 thru 6_


REMEDY SOUGHT

_For my actions I deserve some form of discipline/guidance but not_
_dismissal. I am willing to attend and complete anger management_
_classes, if desired. I'm a single parent with two young girls to support_
_and I need my job being a single parent and doing a professional_
_job with D.O.C. I request approaite actions ___(Felicia O'Hendricks)___
_to be taken against the other parties._          SIGNATURE OF GRIEVANT


DECISION AT STEP _____

_____
_____
_____
_____

                              SIGNATURE/TITLE/DATE

                              Annex B to AR 213

On February 10, 2005, at approximately 10:00pm COI Felicia Hendricks quieted for COI Latoya Nelson to ask her (Nelson) about the rumors spreading inside the institution among officers, nursing staff, and inmates. As COI Nelson approached her COI, which both (Hendricks and Nelson) cars were parked side by side. COI Hendricks asked COI Nelson in a calmly manner, "Do you have anything to say to me?" COI Nelson said "No" in a smarter tone. COI Hendricks said, "Are you sure?" Then COI Hendricks said to Mrs. Nelson then, "Why is you going around here telling people that I stole your money?" COI Nelson replied, "You did." I (Hendricks) told Mrs. Nelson that I (Hendricks) don't have to steal from you, after all the times I let you borrow money. By that time our voices (Hendricks & Nelson) started getting louder. We both (Hendricks & Nelson) were in each others face yelling and crying. Then COI Kiamran Penn, Roswell Pettaway, Joey Craig and stated you'll need to

leave that mess alone. CO2 Michael
Armstrong observed the incident from
his cell. CO1 Penn, Pettaway and Craig
stated you'll need to leave. CO1
Nelson stated, "I'm not leaving and
aint nobody fixing to fight, I need
to talk to Mr. Hendricks and
get this off my chest." CO1 Penn
stated to CO1 Nelson, "I'll give
you $100 dollars and you'll just
leave with this mess. Then CO1
Nelson stated, "The money isn't the
issue, Mrs. Hendricks haven't spoke
to me or said anything to me in
two whole weeks and that's why
I thought she had my money." I
replied to Mrs. Nelson, "I don't
have your money and why would
I steal from you anyway. I
don't have to steal. By that
time Mrs. Nelson said, "you'll leave
me alone I just want to talk
to Mrs. Hendricks alone." Then after
that Mrs. Nelson asked me to
get in her (Nelson) car and I did.

The arguing had ceased as CO1 Hendricks and Nelson was in her car talking to each other. I told Mrs. Nelson, I don't have your money and why would I steal from you anyway after all the times I gave you money for gas and whenever you asked me I gave it to you and I never hounded you about paying me back. Then Mrs. Nelson replied, "Damn, it's been two weeks and you haven't spoke to me or said a word to me." I told Mrs. Nelson what do you expect for me to say when you're going around accusing me of stealing your money. The right thing you could have done was come to me and ask me instead of accusing me. CO1 Hendricks and Nelson both apologized to each other. By that time CO1 Kilmyn Colbert, a female friend and a child had pulled up in front of CO1 Nelson's

car. In which, COI Colbert had left the parking lot for home and returned back. COI Colbert got out of her (Colbert) car and approached COI Nelson's driver door, opened it and stated to COI Nelson, "Are you alright?" COI Nelson replied, "I'm fine, I just want to talk to Mr. Hendricks." Then COI Colbert stated to COI Nelson, "You're my friend and I'm not leaving." I told COI Nelson that I'll see you later. As I (Hendricks) got out the passenger side of Nelson's car while COI Colbert was standing at the driver side, COI Colbert stated to COI Nelson, "I told you that Bitch ain't shit." COI Hendricks replied to COI Colbert "this doesn't have anything to do with you." Then Colbert stated to Hendricks, "We (Colbert + Nelson) don't like you anyway." COI Hendricks replied, "Who cares because I don't like you either."

Then Colbert walks to her car
pulled off her jacket, pulled her
shirt out and said calling
Hendrich all kinds of Bitches
and Hoe's, telling me to bring it
on. At that time Colbert
continued to walk back and
forth to her car yelling out
loudly. By that time her female
friend got out the car and
opened the back door, then that's
when I grabbed my pocket-knife
from the inside of my drivers
door and pulled it out. By that
time CO-1 Penn had grabbed
my hand and took it from me.
Then CO-1 Colbert started yelling
"she's got a knife, Bitch you
got to use a knife." I replied
to CO-1 Penn who was holding
me that "That Bitch ain't shit."
Then CO-1 Penn pushed me in
my car and closed the door
and I CO-1 Hendrick pulled off
and left, then CO-1 Nelson

6287

followed me (Hendricks).

On February 27, 2005 at approximately 10:35 pm, COI Hendricks called COI Nelson on her (Nelson) cell phone and we talked. COI Nelson said she was wondering when I was going to call her. I (Hendricks) to her that I didn't know if you really wanted to talk to me. COI Nelson said "I'm not mad at you and I told her I wasn't mad at her either. Then we talked about a few things and then she said she didn't think that things would have gone this far. She (Nelson) said that she heard that I (Hendricks) could lose my job and she (Nelson) didn't want that to happen. Then I (Hendricks) asked her do you have a problem working with me and she (Nelson)

said "no." But she (Nelson)
said that W1 Colbert said
"she (Colbert) didn't want me
to lose my job either, but
she (Colbert) can't work with
me in fear of her (Colbert) life.
I asked Mrs. Nelson could
she write a statement and
she did say "yes," she have
no problem with that, and
that she (Nelson) would get
back with me the next
morning, but she never did.

_Tatiana Hendricks_

INCL. 2

On 2-10-05 at approx. 10:45 P.M. upon ending my tour of duty at Kilby Correctional Facility. I CO I Joey Craig was heading toward my car in the parking lot. I CO I Craig observed CW Tylicia Hendrix and CW Latoya Nelson getting in CW Nelson's car. At approx. 10:50 P.M. as I CO I Craig began to pull out of the parking lot. CW Zakenya Colbert pull up her car behind me and blocked my way out. I CO I Craig then asked CW Colbert could she move her car for me please. CW Colbert then told somebody in her car to move it. They moved the car. I CO I Craig began to exit the property and observed CW Colbert walk toward CW Nelson's car and open the driver side door. I CO I Craig then drove off and did not witness anything else.

Joey Craig CO I

INCL: C

**DUTY POST LOG**

| DATE | PRINTED NAME AND RANK SIGNATURE | SHIFT (1, 2, 3, Adm, Etc.) | DUTY POST ASSIGNMENT |
|------|-------------------------------|---------------------------|---------------------|
| **ENTRY TIME** | | | |

On Thursday Feb 10, 2005 at approx. 10:10 pm. I Cot Roosevelt Pettaway, seen Cot Lilkenya Colbert leaving the parking lot of Kilby Correction facility. She left state property and returned to the parking lot area. Cot Lilkenya Colbert parked her car in front of Cot Lataya Nelson car. As I was walking toward my vechile I observed Cot L. Colbert walking toward the passenger side of 1st L. Nelson Car. As I enter my vechile to start it up, I observed S1 Tchernavia Blackman on S2 Kennoth Cash running toward the area where the girls were. As they were running S1 Tchernavia Blackman fell in the parking lot. S2 Kennoth Cash and I helped her up off the ground. I then got into my vechile and lefted.

DOC N054    Rev 6-20-89

INCL: 4

On February 10, 2005 at approximately 10:02p.m. after leaving the institution and entering the parking lot. After walking to my car I observed COI felicia Hendricks and COI Lataya Nelson arguing loudly. I immediately grabbed COI Hendricks by the arm and tried to place her in the car. COI Hendricks stated that she was not going anywhere until she gets straight with COI Nelson because she was not a thief. COI Nelson came behind COI Hendricks yelling you got my money because it was in the car and you and I were the only one's in the car. I told COI Nelson to get in her car and drive down the road and to get this settle down the road off of state property. I told them not to do this in front of everybody and that this shit is going to be all over the prison. Both stated that where not going anywhere until they got it straight I told COI Nelson that if it was over a $100 dollars that I would give her a $100 dollars.

... about stated that it wasn't about the money. After
After arguing about 2 minutes COI Nelson and COI Hendricks
got into COI Nelson's car. The loud arguing had ceased.
COI Colbert who had left the institution had come
back to the parking lot, parked her car in front of COI
Nelson's car got out of her car and walked to the
driver's side where COI Nelson was sitting yelling
I'm not going to let you jump on my friend and we
are not studing you. COI Hendricks got out of the car
and said this ain't got nothing to do with you Ms. Colbert
COI Nelson jumped out of the car and told COI Colbert
to go home. COI Colbert went back to her car and
pulled off her jacket and pulled her shirt out and told
COI Hendricks to bring it on. COI Colbert began to walk
towards COI Hendricks. cusing COI Hendricks calling her
Bitches and whores. I observed the female civilian in
COI Colbert's car open the passenger door and get out and ope
the back passanger door of COI Colbert's car. COI Colbert
continued to walk toward COI Hendricks. COI Nelson was
standing next to the passanger's side of COI Hendricks car.
COI Hendricks then reached in the driver's side door a
grabbed a pocket knife. COI sp I then immediately
grabbed the knife from COI Hendricks and dropped the
knife back in the door, and pushed COI Hendricks

back into her ca... CoI Colbert stated you see that the bitch had to get a knife for me. CoI Hendrick had pulled out of the parking lot. CoI Nelson had immediately followed CoI Hendricks. After the incident I had ran to assist Lt. Tchernavia Blackmon who had fallen. After checking on Lt. Blackmon I departed the parking lot.

# PETETION FOR COI FELICIA HENDRICKS TO REMAIN WITH THE DEPARTMENT OF CORRECTIONS

1. _____
2. Katie Bailey 4m.
3. COI Calvin Banks
4. Charles Caldwell COI
5. Eric Richardson COI
6. ___ P___ COI
7. Kevin Wallace COI
8. Lemarvis Sims 4m
9. Franklin Brown COI
10. Dallas Dixon
11. _____
12. _____ COI
13. Katrika Henderson LPN
14. Daniel Rudolph, COII
15. Roosevelt Pettaway
16. Cynthia M. Butler, MHA I
17. _____ COI
18. _____ COI
19. _____ COII

21. *Alfreda Deilaney* LPN
22. *John F. Richardson* COX
23. *Mary Arch* COI
24. *Lenard Cannon* COI
25. *Lenard Cannon* COI
26. *Tommy Riley* COI
27. *[signature]* COI
28. *Robin Young* COI
29. *B. Clay* COI
30. *[signature]*
31. *Lonald S. Gle* COI
32. *Allirda Boswell* RN
33. *Mary Jarrett*
34. *Elaine Hall*
35. *Conja Jones*
36. *Leonardo Moore*
37. *William Hill*
38. *Yusuf A. Hasan*
39. *Nathaniel Brooks*
40. *[signature]*
41. *Antoine Turner*
42. *[signature]*

44. _[signature]_____
45. _[signature]_____
46. _[signature]_____
47. _[signature]_____
48. _[signature]_____
49. _____
50. _____
51. _____
52. _____
53. _____
54. _____
55. _____

*INCL: 6*

**GRIVANCE/COMPLAINT FORM FOR STEP** I_____ **

PLEASE CIRCLE CAUSE OF COMPLAINT:

Race   Color   Sex   Religion   National Origin   Retaliation   Age   Disability
Other (specify) Information Clarification

DATE: February 17, 2005          NAME: Felicia Hendricks

SSN: ▮▮▮▮▮▮          CLASSIFICATION: Correctional Officer I

INSTITUTION: Kilby_____ Section/Shift: 2nd

SUPERVISOR'S NAME/POSITION: Tchernavia Blackmon, COSI/ Kenneth Cash, COII

DATE OF OCCURRENCE CAUSING THE COMPLAINT: February 10, 2005_____

NATURE OF COMPLAINT: On 2-10-05 at approximately 10:05 p.m., in the parking lot at Kilby Prison, Officer Felicia Hendricks was in discussion in Officer Latoya Nelson's vehicle on some money that was lost or disappeared. At approximately 10:14 p.m., I, Officer Hendricks was approached by Officer Lilkenya Colbert and a civilian who was driving her (Colbert) car which had left Kilby Institution and returned. Officer Colbert exited her (Colbert) car and approached Officer Nelson's car and starting making threathing remarks toward Officer Hendricks, who had left Officer Nelson's car for her (Hendricks) car persued by Officers Colbert, Nelson, and an unidentified female who was driving Officer Colbert's car. At approximately 10:15 p.m., Officer Hendricks felt/ threthened by the three individuals and took a small knife out of the driver door of Officer Hendricks' car to ward off the aggression of the three people mentioned above.

REMEDY SOUGHT:   A thoroughly investigation of the events on 2-00-05, further information may be obtained from: Officers K. Penn, R. Pettaway, J. Craig, M. Anderson, M. Armstrong which will shed more light on this unusual occurance that may exonerate Officer Hendricks from the alleged allegations. Based on Administrative Regulation # 205, biding on shift institution and days off was elected for Kilby and Second Shift. Officer Hendricks wish to remain at Kilby based on being a single parent with two daughters and being established in the Montgomery area and having a trailer.

COPY OF STEP_____AND **                    *Felicia Hendricks* 2/17/05

DECISION ATTACHED                    EMPLOYEE SIGNATURE/DATE

DECISION AT STEP_____*

_____
_____
_____

                              _____
                              SIGNATURE/TITLE/DATE

**ENTER APPROCIATE STEP NUMBER AND ATTACH COPY OF PREVIOUS STEP IF
PROCEEDING TO HIGHER STEP

ANNEX B

                              AR206 – February 22, 2000

# INVESTIGATIVE REPORT



**ALABAMA DEPARTMENT OF CORRECTIONS**

**INVESTIGATION & INTELLIGENCE DIVISION**

*Confidential-For Official Use Only*

**Offense:** Employee Misconduct          **Case No.:** KCF05-112

**Location:** Kilby Correctional Facility Parking   **County:** Montgomery   **Date of Offense:** 2-10-05

| Victim(s) | Subject(s) |
|---|---|
|  | COI Felicia Hendricks |
|  | COI Latoya Nelson |
|  | COI Lilkenya Colbert |

## SYNOPSIS:

On 02/10/2005, COI Felicia Hendricks did push up on fellow COI Latoya Nelson by placing her chest to COI Nelson's chest and pushing COI Nelson backwards. COI Hendricks then went to her vehicle in the parking lot and obtained a knife and threatened to do bodily harm to fellow COI Lilkenya Colbert. COI Hendricks had to be physically restrained by witness officers, who removed the knife from her possession.

| Criminal _____ | Non-Criminal _____ | Internal _____ |
|---|---|---|
| Unfounded _____ | Pending Investigation _____ | Closed or Inactive _____ |
|  | Cleared by Arrest _____ | Not Cleared _____ |

| Copies of Report to | | |
|---|---|---|
| Commissioner _____ | **Date of Report** | February 14, 2005 |
| D/A _____ | **Report Made by** | Errick Demus |
| D/C _____ | | |
| Other _____ | **Report Typed by** | Casandra Henderson |

Case 2:05-cv-00714-WKW-CSC   Document 6-2   Filed 08/22/2005   Page 38 of 45   P:3/14
FEB-28-2005 09:33  FROM:D.O.C   &I DIVISION 334-353-8522

Page 2 of 5

## DETAILS:

On Friday, February 11, this investigator was requested by Assistant Director of the I & I Division, Mr. Art Crumpton to respond to Kilby Correctional Facility in regards to a case involving employee misconduct. I was advised that apparently on Thursday night, February 10, 2005, at 10 p.m., during the end of shift change that two female officers had been involved in an altercation in the parking lot there at Kilby Correctional Facility and that other officers had to restrain these officers and that a knife was used in this altercation, but no injuries were reported.

At approximately 1:30 p.m., this investigator arrived at Kilby Correctional Facility. At that time this investigator spoke to Warden Terrance McDonnell in regards to this investigation. Warden McDonnell went on to advise this investigator that Correctional Officer Felicia Hendricks, B/F, DOB 5-19-71, of 5113 Loblolly Pine Drive, Montgomery, Alabama, phone number 288-2429, had apparently pulled a knife on fellow Correctional Officer Lilkenya Colbert in the parking lot there at Kilby Correctional Facility on Thursday night at around 10 p.m. shift change. Warden McDonnell went on to advise this investigator that Officer Felicia Hendricks had originally became involved in an argument with Officer Latoya Nelson. This argument was said to have stemmed from an incident that had occurred approximately three weeks prior to February 10. In this incident, it was stated that Felicia Hendricks and Latoya Nelson had gotten off work and went to a casino after work. It was stated that during this time that they were at the casino, Felicia Hendricks and Latoya Nelson drove together in Officer Nelson's vehicle. It was stated while at this casino that Felicia Hendricks then asked Latoya Nelson for her car keys so that Officer Hendricks can go to the car to get some more money to gamble with. It was at this time that Latoya Nelson suspects that Officer Felicia Hendricks stole $100.00 from her money that was also in Latoya Nelson's vehicle. Latoya Nelson had advised that when she and Officer Hendricks returned to her, Nelson's vehicle, Officer Nelson immediately discovered $100.00 missing from her vehicle. And she suspected that Officer Hendricks had stolen this money.

Warden Terrance McDonnell stated COI Hendricks had been hearing rumors in the institution that she, Officer Hendricks had stolen money from COI Latoya Nelson. Officer Hendricks was said to have confronted Officer Nelson in the parking lot at Kilby Correctional Facility on Thursday night, February 10, at approximately 10 p.m. It was stated that an argument did ensue between Officers Hendricks and Nelson, and that it was broken up by other officers who were in the parking lot. It was then stated that Officer Lilkenya Colbert, after hearing the commotion, ran over to the area where Officers Hendricks and Nelson were, and that she, Officer Colbert then became involved in a verbal altercation with Officer Hendricks. And at that point, it was stated that officer Hendricks then went to her car and removed a knife from her vehicle and was threatening to do bodily harm to Officer Lilkenya Colbert there in the parking lot at Kilby Correctional Facility.

This investigator then first interviewed Officer Latoya Nelson in regards to this offense. Officer Nelson is a black female, DOB is 7-11-76. She's 28 years of age, and resides at 54 Mendy Lane, Troy, Alabama. Her phone number is (334) 566-9945. In interviewing Officer Nelson, she advised that she did drive to a casino with Officer Felicia Hendricks approximately three weeks before this incident occurred. She stated while at this casino, Officer Hendricks came to her and asked to use her car keys so that, Hendricks, can go to the vehicle and get money out of the vehicle. Officer Nelson stated she then gave the keys to Officer Hendricks and Officer Hendricks then returned the keys back. Officer Nelson stated when they both left the casino, she then went into her purse and checked her contents and she stated she was short $100.00. She stated she immediately accused Officer Hendricks of taking the $100.00 from her and that Officer Hendricks denied it. She stated that

they talked about it for a while and that Officer Hendricks continued to deny that she had stolen $100.00 from her, Officer Nelson. Officer Nelson stated upon returning to work, she did mention this to some of the officers there at work that she believes that Officer Hendricks stole $100.00 from her. Officer Nelson stated that Officer Hendricks never said anything else to her concerning this $100.00. Officer Nelson stated on the night of Thursday, February 10, 2005, at approximately 10:08 p.m., she was walking to her car in the parking lot there at Kilby Correctional Facility. She stated Officer Hendricks was standing in front of her vehicle with her arms crossed and stated to her, Officer Nelson, if she had anything that she wanted to say to her. Officer Nelson stated they then became involved in an argument over the $100.00. Officer Nelson stated Officer Hendricks then came up to her and put her chest to her chest and bumped her with her chest. As they were arguing, Officer Nelson stated that she then advised Officer Hendricks that she was not going to fight her in this parking lot, that she needed her job. At that point, Officer Krammer Penn advised Officer Felicia Hendricks and Officer Latoya Nelson to take this somewhere else and not get involved in any altercations at Kilby Correctional Facility.

Officer Nelson stated that she and Officer Hendricks then got into her, Officer Nelson's vehicle and continued to discuss the matter of the stolen $100.00. Officer Nelson stated that at that time Officer Lilkenya Colbert came up to her, Officer Nelson's vehicle, and asked if she, Officer Nelson, was alright. Officer Nelson stated that she advised Officer Colbert that she was in fact alright. Officer Nelson stated that Lilkenya Colbert then asked her again if she was okay, which she stated she was okay. Officer Nelson stated that at that point, Officer Felicia Hendricks became upset and that she made a comment to Officer Colbert. And at that point, Officer Colbert and Officer Felicia Hendricks became in a verbal altercation. At which time, Officer Hendricks got out of her vehicle and went to her own vehicle and removed a knife. At that point, Officer Nelson stated that she heard Officer Lilkenya Colbert stating that she's got a knife at me. She's got a knife at me. Officer Nelson stated that she, however, never did see a knife.

In further speaking with Officer Nelson, she advised this investigator that there was another officer on the scene by the name of Michael Anderson. She stated that Officer Michael Anderson stated to her that he was shown the knife by Officer Krammer Penn. Officer Krammer Penn was said to be the boyfriend of Officer Felicia Hendricks. COI Michael Anderson was said to have been shown this knife by Officer Krammer Penn who had taken the knife from his girlfriend, Officer Felicia Hendricks.

This investigator next interviewed Officer Michael Anderson. In interviewing Officer Anderson, he advised that Officer Penn did show him a knife and stated that he, Officer Penn, had gotten the knife from Officer Felicia Hendricks, his girlfriend. Officer Michael Anderson stated that Officer Penn told him before they left the parking lot that she, Officer Hendricks, must be crazy to pull out something like this. And he, Officer Penn, then pulled out a black pocket knife out of his pocket and he quickly put the knife back in his pocket. Officer Michael Anderson had given a handwritten statement concerning this offense. That statement was signed by Officer Michael Anderson and will become part of this case file.

This investigator next interviewed Officer Lilkenya Colbert. In interviewing Officer Colbert, she advised that she and Officer Felicia Hendricks had become involved in an altercation in the parking lot there at Kilby Correctional Facility. She stated after being involved in this verbal altercation, Officer Hendricks did pull out a knife on her and stated that she was going to get her. Officer Lilkenya Colbert stated after seeing this knife, she then shouted out very loudly that Officer Hendricks had a

knife at her.  Officer Colbert stated she feared for her life at that time.  Officer Lilkenya Colbert's statement is self-explanatory and will be added to this case file.

This investigator next interviewed Officer Krammer Penn. Officer Krammer Penn is a correctional officer also assigned to Kilby Correctional Facility.  Officer Krammer Penn stated that he did in fact observe his girlfriend, Felicia Hendricks, with what he described as a fingernail file.  He stated it was silver in color with a brown marble handle.  He stated the blade of this fingernail file was approximately 3 inches in length.  He stated that he had taken it away from his girlfriend, Felicia Hendricks, on the night of February 10, 2005, in the parking lot there at Kilby Correctional Facility.  He stated that the reason he took this away from her was because he didn't want Officer Hendricks getting in any trouble.  He stated that Officer Hendricks was making threats on the life of Lilkenya Colbert with this item.  He stated that he had taken it from her and placed it back inside of the door panel in his girlfriend's vehicle, which is a green Camry.  Officer Krammer Penn advised that he believes this is the item that his girlfriend had in her possession in making threats to Officer Colbert with it.  Officer Krammer Penn's statement is self-explanatory and will be added to this case file.

This investigator next interviewed the suspect in this case, Officer Felicia Hendricks.  In interviewing her, Officer Felicia Hendricks was advised of the seriousness of this offense. She stated she understood.  Officer Hendricks stated that she did wait on Officer Latoya Nelson in the parking lot, and she stated that she wanted to talk to Officer Nelson about the rumors that were going around in the prison about her, Felicia Hendricks, stealing $100.00 from Latoya Nelson. She stated she and Officer Nelson did go to a casino approximately three weeks prior to this offense, and that Officer Nelson did accuse her of stealing $100.00 from her.  She stated that she did not steal this $100.00 from Officer Latoya Nelson.  Officer Hendricks stated that after she heard these rumors, she, Officer Hendricks, decided to confront Officer Nelson in the parking lot at Kilby Correctional Facility.  She stated that she did in fact approach Officer Nelson in the parking lot and advised her not to keep talking about her to the officers and inmates in the prison. Officer Hendricks stated that she did get up in Officer Nelson's face.  She stated that she did put her chest to Officer Nelson's chest and pushed her back with her chest.  Officer Hendricks stated that she did not ever put her hands on Officer Nelson.  She stated that she was restrained, as well as Officer Nelson, by other officers who arrived on the scene after hearing the loud commotion. Officer Hendricks stated that she was invited into Officer Nelson's vehicle to finish discussing the matter.  Officer Hendricks stated that she sat inside the vehicle with Officer Nelson to finish discussing the matter.  Officer Hendricks stated that at that time, shortly after getting into the vehicle with Officer Nelson, Officer Lilkenya Colbert then came up to the vehicle on Officer Nelson's driver side of the vehicle, and asked her, Officer Nelson, if she was alright.  Officer Hendricks stated that Officer Nelson did reply that she was okay.  Officer Hendricks stated that she then advised Officer Colbert that everything was alright.  Officer Hendricks stated that Officer Colbert and her then became involved in a heated verbal altercation, at which time, Officer Hendricks stated that she did in fact get out of Officer Nelson's vehicle and went to her own vehicle, which is a green Camry that was parked in the parking lot at Kilby Correctional Facility. Officer Hendricks stated she then removed a black 3 ½ inch pocket knife from the driver side door panel of her vehicle and opened it and threatened to do bodily harm to Lilkenya Colbert. She stated that she was mad and she was upset.  She stated that her boyfriend, Krammer Penn, actually had to restrain her and take the knife from her possession.  Officer Hendricks further advised that the knife in question was at her residence, located at 5113 Loblolly Pine Drive, Montgomery, Alabama.  Which is the trailer park off of Troy Highway.  This investigator advised Officer Hendricks that I would retrieve that knife on Monday, February 14, 2005.

This investigator did obtain a full detailed taped statement from Felicia Hendricks concerning this offense. This will be transcribed and added to this file.

On 2-14-05, at approximately 7:55 a.m., this investigator arrived at Felicia Hendricks residence, located at 5113 Loblolly Pine Drive. I recovered a 3 ½ inch black buck pocket knife with a 2 ½ inch silver blade. That knife is being held by this investigator for evidential purposes. This information will be forwarded to Warden Terrance McDonnell of Kilby Correctional Facility for further handling.

Errick Demus, Investigator
Alabama Department of Corrections
Investigations and Intelligence Division

ED/ch

## STATEMENT OF COI FELICIA HENDRICKS

This following will be a tape statement. This statement will be taken from a Ms. Felicia Hendricks. She'll be a correctional officer at Kilby Correctional Facility. This statement will be concerning the employee misconduct, which was said to have occurred at Kilby Correctional Facility parking lot on February 10, 2005, at 10:08 p.m.

ED    If you will, Ms. Felicia Hendricks, tell me exactly what you know about this case.

FH    Okay. On February the February the 10th, 2005, at approximately after 10 p.m. when I received my car from the front lobby, I went out to my car, I crunk my car up and I sat there and I waited on Ms. Ms. Latoya Nelson to come out. When Ms. Latoya Nelson, Nelson came out, I as she came to her car, I, Officer Hendricks, had asked Officer Nelson did you have anything that you wanted to say to me. And she said a lil smirk and said No. And I said are you sure? And she said yeah I'm sure. And I said why are you going around telling people I stole your money. She said you did steel my money. I said Ms. Nelson, I did not steel your money. I said I helped you that night tried to backtrack on what you did with your money and you sat there and you said that you was gonna call the bank and check with the bank and you was gonna find out what happened to your money and therefore. Anyway, when you got (inaudible) home, you supposed to had call me, but Ms. Nelson didn't call me. So from then when I had left, then come back the next day, it was more confrontation about that. Okay. When I had asked her about the money again and she said that I said you had my money. Okay and I told her I don't have her money. I told her that if anything that she want from me, she could ask me. Much as I have helped her.

ED    Okay, let's get to about what happened last night on the tenth.

FH    Okay. On the tenth of what happened, I was waiting on my car, waiting at my car for Ms. Nelson came. When Officer Nelson came to her car, uh I asked about the money and she said that I had her money and I told her no I didn't. Okay. From then on as we was talking, things got to escalating. We both was crying at each other and we was both holling. I had stepped to Ms. Nelson and I pushed her with my chest, no hand contact whatsoever,

ED    Why did you do that?

FH    Because I told her I mean that just I don't know, it just was in me. I just had. That was just in me.

ED    So you saying you stepped up to her and put your chest to her chest?

FH    Yes sir. I did

ED    Kinda bumped her in the chest?

FH    Yes sir. I did

ED    Did she have, did she go backwards?

FH    Yes sir. And then she stepped back forward to me.

ED    Okay. What happened after that?

FH    After that, then uh by that time, that's when everybody came out. Uh other officers had started coming and they was pulling me and Ms. Nelson apart and me and Ms. Nelson both was still crying, saying you know, still talking about the money and all this here. Then uh she told them to just leave her alone. That she wanted to talk to me. So me and her had got in her car and we was talking. When we got in her car and was talking, then uh officer Colbert had pulled up and had came to Ms. Nelson side of her window and she knocked on the window and she asked Ms. Nelson are you alright. And I told her yes, Ms. Nelson is fine. Which Ms. Nelson told her she said yeah. I'm alright. She said just leave me alone. I want to talk to Officer Hendricks. So me and her was talking. Okay Officer Colbert opened the door back up again and said well I'm not leaving. I'm not going nowhere. You my friend. And uh Ms. Nelson told her again. She said I'm alright. I said Ms. Colbert, I said Ms. Nelson alright. I said we talking. Then Ms. Colbert want to tell me talking about, Bitch we don't like you anyway. And you know things started escalating with me and Officer Colbert. So by that time, I had got out my car after I after I told Ms. Nelson I would meet her down the road. I got out the car and I walked over to my car. When I got to my car, then Officer Colbert was still running her mouth and I said some words back to her. We both passed words to each other and after that, then when I had to my car, she said that, I can't remember exactly what she said, but she said some more words. By that time, I had rushed down to my left side of my door, door panel and I had a knife, which I opened the knife and when she said uh Bitch, I'ma get you or whatever. And then I told her (inaudible) I said naw, I'ma get you. I said I want you anyway. Like that. And after that, then Officer Penn had grabbed my right hand, which the knife was in my right hand, he got the knife, and what he did with the knife, I don't know. And then after that, me, I got back in my car when Officer Penn had tried to push me back in my car twice. I finally got back in my car, then me and Ms. Nelson pulled out. I pulled out first, then Officer Nelson pulled out

behind me, and we left.  We went down to the Pike Road post office and when we got down there, me and her was down there talking.

ED    You and who?

FH    Me and Officer Nelson.

ED    Okay

FH    Latoya Nelson

FH    When we got down there, it is no conflict or nothing like that with her, cause we had, we had solved everything right there where we was talking. And she said that she was sorry if she said anything, I told her that affected me because you lied on me.  And she said that she was sorry and I told her I was sorry.  And that was that.

ED    Why did you pull the knife on Officer Colbert?

FH    I don't know, because number one Officer Colbert had, she had another female friend with her and I've always been in situations to where I had been by myself, so I mean that was the only thing I thought at that time, that was the only thing I could think of.

ED    Okay.  Where is that knife at right now?

FH    It's at home.

ED    Are you positive it's at home?

FH    I'm positive.

ED    Where's it at, at home?

FH    At home in my drawer.

ED    Is it not in your car at this time?

FH    No sir, it's not.

ED    Anything else you'd like to add to this statement?

FH    No more than I can tell Ms. Nelson, that I am sorry.

ED    Have you told the complete truth in this statement?

FH    Yes sir, I have.

ED    This will conclude the taped statement taken from Felicia Hendricks. Ending time of this statement will be 4:25 pm.

ED/ch