IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-714-F |
| | ) |
| TERRANCE McDONNELL, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

This case is hereby referred to Chief Magistrate Judge Charles Coody for action or recommendation on all pretrial matters.

DONE this 23rd day of August, 2005

                                          /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE