IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-cv-714-F |
| ) | |
| WARDEN MCDONNELL, *et al*., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby set for a status and scheduling conference on September 22, 2005, at 11:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. At this conference, the court will hear argument on the defendant's motion to dismiss.

Done this 25th day of August, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE