IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-cv-714-F |
| | ) |
| WARDEN MCDONNELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that the status and scheduling conference presently set for September 22, 2005, at 11:00 a.m. be and is hereby **RESET to September 20, 2005, at 11:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 29th day of August, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE