# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 9/20/05 | AT | 11:04 a.m. to 11:12 a.m. |
| DATE COMPLETED: 9/20/05 | AT | FTR RECORDING |

FELICIA S. HENDRICKS

    Plaintiff

vs..                                                         CASE NO. 2:05CV714-F-CSC

TERRANCE MCDONNELL, et al

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Felicia S. Hendricks, Pro Se | | Atty. Andy Redd |

### COURT OFFICIALS PRESENT:

| | |
|---|---|
| COURTROOM DEPUTY: WANDA STINSON | LAW CLERK: CORRIE LONG |

( X) OTHER PROCEEDINGS:     ***STATUS SCHEDULING CONFERENCE***

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Status/Scheduling confer - 2:05cv714-F-CSC | | |
|---|---|---|---|
| Date | 9/20/2005 | Location | Courtroom 4B |

| Time | Speaker | Note | |
|---|---|---|---|
| 11:04:17 AM | Court | Court Convenes; parteis present as noted above; Discussion as to the answer to the motion to dismiss; Discussion of discovery with Pro Se plaintiff; | |
| 11:05:38 AM | Atty. Redd | Response as to the function of the motion to dismiss; | |
| 11:06:07 AM | Court | Question to pro se plaintiff as to anything filed with EEOC; | |
| 11:06:07 AM | Ms. Hendrick | No. Filed with state personnel board nad req. for hearing; | |
| 11:06:42 AM | Court | But did not filed any thing with the EECO | |
| 11:06:45 AM | Ms. Hendrick | No sir; | |
| 11:06:48 AM | Court | Discussion as to claims in case is that plaintiff was treated differently as to male prison guards; | |
| 11:07:02 AM | Ms. Hendrick | Response; | |
| 11:07:07 AM | Court | Plaintiff is entitle to proceed on the bases 1981 which is secured by 1983; | |
| 11:07:21 AM | Atty. Redd | It's a gender component; | |
| 11:07:22 AM | Court | Your not making a racial claim? It's a gender claim; | |
| 11:07:30 AM | Ms. Hendricks | No sir; | |
| 11:07:33 AM | Court | It's a gender claim and she can proceed under 1983; | |
| 11:07:39 AM | Atty. Redd | She has raised it; | |
| 11:07:53 AM | Court | Response; Discussion as a prerequist to bring case under Title VII, plaintiff must first file action with EECO within 180 days; Will allow parties a period of time for discovery; Discussion of discovery with pro se plaintiff; Questions as to trying to get an attorney ; | |
| 11:10:03 AM | Ms. Hendricks | Yes, Have talked with an attorney and is to mee with attorney by the end of this week; | |
| 11:10:12 AM | Court | Plaintiff encouraged to try to get a lawyer; Discussion as to length of time needed to conduct discovery; | |
| 11:10:54 AM | Ms. Hendricks | Response; | |
| 11:10:54 AM | Court | 3 months ;90 days?; | |
| 11:11:12 AM | Atty. Redd | That's fine; | |
| 11:11:12 AM | Court | Will enter an order giving both sides to conduct discovery and 30 days after that to file any dispositive motions; | |
| 11:12:00 AM | Court | Court is recessed | |