IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, )<br>)<br>　　Plaintiff, )<br>)<br>v. )　CIVIL ACTION NO.  2:05-cv-714-F<br>)<br>WARDEN MCDONNELL, *et al.*, )<br>)<br>　　Defendants. ) | |

**ORDER**

Now pending before the court is the plaintiff's motion to amend the complaint (doc. # 14). Upon consideration of the motion, and for good cause, it is

ORDERED that the defendants shall show cause on or before October 27, 2005, why the motion to amend should not be granted. It is further

ORDERED that the plaintiff's motion to amend (doc. # 14) be and is hereby set for oral argument on October 31, 2005, at 3:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 12th day of October, 2005.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE