IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv714-F |
| | ) |
| WARDEN MCDONNELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On September 21, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 11) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation is ADOPTED.

2. That to the extent that the plaintiff raises Title VII claims, those claims are dismissed with prejudice.

3. That, in all other aspects, the defendants' motion to dismiss is DENIED.

4. That the plaintiff's Equal Protection and Due Process claims are referred back to the Magistrate Judge for additional proceedings.

Done this the 18th day of October 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE