**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 26, 2005

# NOTICE OF CORRECTION

To:     ALL COUNSEL OF RECORD

**Case Style:   Felicia S. Hendricks v. Terrance Mcdonnell et al**

**Case Number: 2:05cv714-F**

**Referenced Pleading: Response to Motion to Amend**

**Docket Entry Number: #17**

**The referenced pleading was electronically filed on 10/25/05 in this case and is stricken from the record. This document was incorrectly filed as an ANSWER rather than a Response to the Motion to Amend the Complaint. This entry has been stricken from the record and has been re-filed as a Response to the Motion to Amend Complaint.**