# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

HON. CHARLES S. COODY, MAG. JUDGE    AT    MONTGOMERY, ALABAMA

DATE COMMENCED:    10/31/05    AT    314 p.m. to 3:20 p.m.

DATE COMPLETED:    10/31/05    AT    FTR RECORDING

FELICIA S. HENDRICKS                    *
                                        *
        Plaintiff                       *
                                        *
vs..                                    *    CASE NO. 2:05CV714-F-CSC
                                        *
TERRANCE MCDONNELL,   et al             *
                                        *
        Defendant                       *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| Felicia S. Hendricks, Pro Se | * | Atty.  Gregory M. Biggs |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON                    LAW CLERK: CORRIE LONG

( X ) OTHER PROCEEDINGS:    *ORAL ARGUMENT RE: MOTION TO AMEND COMPLAINT*

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | | |
|---|---|---|
| **Description** | Oral Argument Re: Motion to Amend Complaint - 2:05cv714-F-CSC | |
| **Date** | 10/31/2005 | **Location** Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 3 :14:07 PM | Court | Court convenes; parties present as noted; Discussions as to atty. Pitters representation of plntf; Discussion of Motion to Amend; Question as to what was done wrong; |
| 3 :15:42 PM | Ms. Hendricks | Response; |
| 3 :16:10 PM | Court | You had a knife?; |
| 3 :16:13 PM | Ms. Hendricks | It was in my car; |
| 3 :16:13 PM | Court | You are saying that they allow male officers to have knives and don't do anything to them and you had a knife and the fired you because of it, and you think that you are treated differently because you are female?; |
| 3 :16:28 PM | Ms. Hendricks | Yes sir; |
| 3 :16:39 PM | Court | That states a claim; Equal protection claim which is addressable under 1983; It's a gender discrimination claim, a differential discipline claim; Discussion of differences in the complaint and amended complaint; Question as to whether the plntf filed any thing with EEOC? |
| 3 :17:29 PM | Ms. Hendricks | No sir; |
| 3 :17:35 PM | Court | Will grant the motion to amend accept in its attempt the state a Title VII claim; Discovery is to be completed on Dec. 31, 2005; Plaintiff encourage to make arrangement with Atty Pitters to represent her in the case; |
| 3 :18:48 PM | Atty. Biggs | Discussion as to the equal protection claim; |
| 3 :19:06 PM | Court | Response; Construes this to be equal protection claim; Will make claim clear in an order; |
| 3 :19:55 PM | Atty. Biggs | Addresses the court regarding deposition notice to plaintiff that she saids she didn't get; It was sent to the address on record; |
| 3 :20:02 PM | Court | Advised plntf to make sure defts counsel has correct and current address; Hold up on any discovery for a few days to whether Atty. Pitters is going to come in the case; |
| 3 :20:23 PM | Court | Court is recessed. |