IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:05-cv-714-F |
| | )            (WO) |
| WARDEN MCDONNELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the pro se plaintiff's motion to amend filed n October 5, 2005. (Doc. # 14). The plaintiff initially brought this action alleging violations of her civil rights secured by the Equal Protection and Due Process Clauses of the Fourteenth Amendments to the United States Constitution, pursuant to 42 U.S.C. §1983. Specifically, she alleges that she was discriminated against on the basis of her gender when she was subjected to differential treatment and terminated from her employment. On October 31, 2005, the court heard oral argument on the plaintiff's motion to amend. In her motion, and at oral argument, the plaintiff was clear that she seeks to clarify her Equal Protection, differential discipline based on gender claim. The plaintiff is not seeking to amend the complaint to add a Title VII claim.[1] Consequently, the court concludes that the plaintiff's motion to amend is due to be granted.

---

[1] On October 18, 2005, the court dismissed the plaintiff's Title claims with prejudice. (Doc. # 16).

Accordingly, it is

ORDERED that the plaintiff's motion to amend (doc. # 14) be and is hereby GRANTED to the extent that the amendment clarifies the plaintiff's Equal Protection, differential discipline based on gender claim.

Done this 3rd day of November, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE