IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS , ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:05-CV-714-F |
| ) | |
| WARREN MCDONNELL, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE OF CIVIL DISCOVERY MATERIALS

Please take notice that on the 3rd day of November, 2005 undersigned counsel for the Defendant served the following civil discovery materials:

1. Notice to Take Deposition of Felicia Hendricks on November 15, 2005.

    Respectfully submitted,

    Kim T. Thomas (THO115)
    General Counsel
    Deputy Attorney General

    /s/Greg Biggs (BIG004)
    Greg Biggs (BIG004)
    Assistant Attorney General
    Assistant General Counsel

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Post Office Box 301501
301 South Ripley Street
Montgomery, Al. 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 4th day of October, 2005, electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system and that I served a copy of the foregoing document via United States Mail, postage prepaid, first class, on :

**FELICIA S. HENDRICKS,**
**Post Office Box 251554 or**
**5113 LOBLOLLY PINE DRIVE**
**Montgomery, Alabama 36125**

    Greg Biggs (BIG004)
    Greg Biggs (BIG004)
    Assistant Attorney General
    Assistant General Counsel