RECEIVED
2005 NOV 17 P 2: 19
DISTRICT COURT
MIDDLE DISTRICT AL.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO.: 2:05-CV-714-F |
| WARDEN McDONNELL; STATE OF ALABAMA DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| Defendants. | ) ) |

### NOTICE OF APPEARANCE

**COMES NOW**, Amardo Wesley Pitters, and hereby give notice of his appearance as legal counsel for the plaintiff in the above-styled cause.

Respectfully submitted,

/s/ Amardo Wesley Pitters
Amardo Wesley Pitters, Esquire
Attorney for the Plaintiff
Alabama State Bar No.: 8989-T64A

OF COUNSEL:

*A. WESLEY PITTERS, P.C.*
1145 South Perry Street (36104)
P.O. Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___17___ day of November, 2005, a copy of the foregoing was duly served upon the following:

>Hon. Kim T. Thomas
>General Counsel
>Deputy Attorney General
>Alabama Department of Corrections
>Post Office Box 301501
>301 South Ripley Street
>Montgomery, Alabama 36130
>
>Hon. Greg Biggs
>Assistant General Counsel
>Assistant Attorney General
>Alabama Department of Corrections
>Post Office Box 301501
>301 South Ripley Street
>Montgomery, Alabama 36130

via United States Postal Service.

/s/ Amardo Wesley Pitters, Esquire