RECEIVED
2005 NOV 17 P 2: 19
DISTRICT COURT
MIDDLE DISTRICT AL.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 2:05-CV-714-F |
| WARDEN McDONNELL; STATE OF ALABAMA DEPARTMENT OF CORRECTIONS, | ) |
| Defendants. | ) |

### MOTION FOR AMENDED SCHEUDLING ORDER

**COMES NOW**, Plaintiff Felicia S. Hendricks, by and through undersigned counsel and move this Honorable Court for an amended scheduling order in the above-styled cause. In support thereof, plaintiff shows the Court as follows:

1. The plaintiff was previously a pro se litigant in this cause. She has now retained the undersigned counsel to represent her. A review of the documents and this presented by the plaintiff to the undersigned counsel reflects a scheduling order that sets a discovery deadline of December 21, 2005 and dispositive motion deadline of January 23, 2006. The undersigned counsel is of the opinion that an amended scheduling order is due to be entered so as to afford him adequate time to represent the interest of the plaintiff in conducting discovery and making initial disclosures so as to be able to respond to a dispositive motion, such as one for summary judgment.

**WHEREFORE, PREMISES CONSIDERED**, plaintiff moves this Honorable Court to issue an amended scheduling order in this cause.

Respectfully submitted,

*/s/ Amardo Wesley Pitters*

Amardo Wesley Pitters, Esquire
Attorney for the Plaintiff
Alabama State Bar No.: 8989-T64A

OF COUNSEL:

*A. WESLEY PITTERS, P.C.*
1145 South Perry Street (36104)
P.O. Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___17___ day of November, 2005, a copy of the foregoing was duly served upon the following:

>Hon. Kim T. Thomas
>General Counsel
>Deputy Attorney General
>Alabama Department of Corrections
>Post Office Box 301501
>301 South Ripley Street
>Montgomery, Alabama 36130
>
>Hon. Greg Biggs
>Assistant General Counsel
>Assistant Attorney General
>Alabama Department of Corrections
>Post Office Box 301501
>301 South Ripley Street
>Montgomery, Alabama 36130

via United States Postal Service.

_____
Amardo Wesley Pitters, Esquire