IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FELICIA S. HENDRICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-714-F |
| | ) | |
| TERRANCE McDONNELL, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

It is hereby ORDERED that the court's order referring this case to the magistrate judge (Doc #7) entered on August 23, 2005 and the scheduling order (Doc. #12) entered on September 21, 2005 are VACATED.

DONE this the 22nd day of November, 2005.


/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE