IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 2:05-CV-714-F |
| | ) |
| WARREN MCDONNELL, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF CIVIL DISCOVERY MATERIALS

Please take notice that on the 16th day of March, 2006 undersigned counsel for the Defendant served the following civil discovery materials:

1. Notice to Take Deposition of Felicia Hendricks on April 6, 2006.

                Respectfully submitted,

                Kim T. Thomas (THO115)
                General Counsel
                Deputy Attorney General


                /s/Greg Biggs (BIG004)
                Greg Biggs (BIG004)
                Assistant Attorney General
                Assistant General Counsel

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Post Office Box 301501
301 South Ripley Street
Montgomery, Al. 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 16th day of March, 2006, electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system and that I served a copy of the foregoing document via United States Mail, postage prepaid, first class, on :

**FELICIA S. HENDRICKS,**
Post Office Box 251554 or
**5113 LOBLOLLY PINE DRIVE**
**Montgomery, Alabama 36125**

                                              <u>Greg Biggs (BIG004)</u>
                                              Greg Biggs (BIG004)
                                              Assistant Attorney General
                                              Assistant General Counsel