IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, | ) |
| Plaintiff, | ) |
| vs. | ) 2:05-CV-714-F |
| TERRANCE MCDONNELL, et al., | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Come now the Defendants, Terrance McDonnell (hereinafter referred to as "McDonnell") and the Alabama Department of Corrections (hereinafter referred to as "DOC"), by and through their undersigned counsel in the above styled cause and hereby file their Motion for Summary Judgment.

Respectfully submitted,

Kim T. Thomas (THO115)
General Counsel
Assistant Attorney General

/s/ Greg Biggs
Greg Biggs (BIG004)
Assistant General Counsel
Assistant Attorney General

OF COUNSEL:
Alabama Department of Corrections
301 S. Ripley St.
Post Office Box 301501
Montgomery, Alabama 36130
(334) 353-3885

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 22nd of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

I also hereby certify that I have served a copy of the foregoing pleading upon:

A.WESLEY PITTERS, P.C.
1145 South Perry Street
P.O.Box 1973
Montgomery, AL 36102-1973

by placing same in the United States Mail, first class postage prepaid and properly addressed this 22nd day of May, 2006.

/s/ Greg Biggs
Greg Biggs (BIG004)
Assistant General Counsel