IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FELICIA HENDRICKS
    PLAINTIFF,

v.                              CASE NO. 2:05CV714-F

WARDEN MCDONNELL, et al.,
    DEFENDANTS.

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared Errick Demus, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Errick Demus. I am an investigator with the Alabama Department of Corrections Investigation and Intelligence Division, Montgomery, Alabama. I am over the age of nineteen years of age and have personal knowledge of events described below.

I investigated the incident occurring on the grounds of the Alabama Department of Corrections (i.e. the parking lot of Kilby Correctional Facility) that involved COI Felecia Hendricks' attempted assault of another corrections officer with a deadly weapon on February 10, 2005. In my investigation, I took a taped statement from Felecia Hendricks on February 11, 2005, and a copy of a true an accurate verbatim transcription of the statement is attached to this affidavit. In this statement, Hendricks admitted to screaming, cursing, pushing, name calling, and threats to others. Additionally, she admits to pulling and opening a knife on another



DEFENDANT'S EXHIBIT C

Corrections Officer, Latoya Nelson. Prior to this, Hendricks admitted to physically assaulting another corrections officer by intentionally bumping her chest into another corrections officer's chest in the parking lot. Hendricks admitted that she had to be physically restrained by Corrections Officer I Kramer Penn who removed the knife from her possession. This was to prevent her from assaulting CO I Colbert. Hendricks admitted that she was verbally threatening Colbert prior to Penn taking the opened knife from her.

On February 14, 2005, I recovered the above knife from Hendricks. The knife was a three and a half inch (3 ½ in.) "Buck Knife" with a two and half inch (2 ½ in.) blade.

                                                          Errick Demus
                                                          Investigator
                                  Alabama Department of Corrections

STATE OF ALABAMA
MONTGOMERY, ALABAMA

SWORN AND SUBSCRIBED BEFORE ME AND UNDER MY HAND AND OFFICIAL SEAL THIS THE 17th DAY OF May, 2006.

                                                      NOTARY PUBLIC