IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FELICIA HENDRICKS
    PLAINTIFF,

v.                                  CASE NO. 2:05CV714-F

WARDEN MCDONNELL, et al.,
    DEFENDANTS.

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared Dora Jackson, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Dora Jackson. I am the personnel director with the Alabama Department of Corrections, Montgomery, Alabama. I am over the age of nineteen years of age and have personal knowledge of events described below.

I have reviewed the actions taken in regards with a former employee, Felecia Hendricks. She did not appeal her dismissal of March 4, 2005 to the State of Alabama Personnel Board.

                                                Dora Jackson
                                       Alabama Department of Corrections

STATE OF ALABAMA

MONTGOMERY, ALABAMA

SWORN AND SUBSCRIBED BEFORE ME AND UNDER MY HAND AND OFFICIAL SEAL THIS THE 22nd DAY OF May, 2006.

                                                Shirley J Walters
                                                NOTARY PUBLIC

DEFENDANT'S EXHIBIT D