IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv714-WKW |
| | ) |
| TERRANCE MCDONNELL, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the defendants' Motion for Summary Judgment (Doc. # 34) filed on May 22, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on July 6, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before **June 29, 2006**. The defendant may file a reply brief on or before July 6, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 7th day of June, 2006.

/s/  W.  Keith  Watkins
UNITED STATES DISTRICT JUDGE