IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, | ) 2006 JUN 30 P 4: 36 |
| Plaintiff, | ) |
| | ) U.S. DISTRICT COURT |
| vs. | ) MIDDLE DISTRICT ALA. |
| | ) CASE NO.: 2:05-CV-714-F |
| WARDEN McDONNELL; STATE OF ALABAMA DEPARTMENT OF CORRECTIONS, | ) |
| Defendants. | ) |

## MOTION TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OUT OF TIME

**COMES NOW**, Plaintiff Felicia S. Hendricks, by and through undersigned counsel and move this Honorable Court for leave to file her response to the defendants' motion for summary judgment out of time. In support thereof, plaintiff shows the Court as follows:

1. The deadline top file the plaintiff's response was June 29, 2006. The undersigned counsel for the plaintiff was unable to timely file his brief yesterday as her was in a mediation.

2. The plaintiff's response in opposition is hereby filed contemporaneously with this motion.

3. The defendants will not be subjected to any undue prejudice with this court allowing leave to file a day beyond the court imposed deadline.

**WHEREFORE, PREMISES CONSIDERED**, plaintiff moves this Honorable Court to accept her brief and response in opposition to the defendants' motion for summary judgment.



Respectfully submitted,

_____
Amardo Wesley Pitters, Esquire
Attorney for the Plaintiff
Alabama State Bar No.: 8989-T64A

**OF COUNSEL:**

*A. WESLEY PITTERS, P.C.*
1145 South Perry Street (36104)
P.O. Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the _30_ day of November, 2005, a copy of the foregoing was duly served upon the following:

>Hon. Kim T. Thomas
>Hon. Greg Biggs
>Alabama Department of Corrections
>Post Office Box 301501
>301 South Ripley Street
>Montgomery, Alabama 36130

via United States Postal Service.

_____
Amardo Wesley Pitters, Esquire