

*Exh 14 to Hendricks Depo.*



PLAINTIFF'S EXHIBIT

## Statement

On February 27, 2004, I Felicia Hendricks was assigned to West Ward. I visually observed Sgt. Gus White pulled a pocketknife from his pocket and attempted to cut down inmate, Timothy Welch from West Ward Isolation cell #1 whom was attempting to commit suicide.