A Memorandum of Understandings involving my employment at D.O.C. (See inclosures 1-11) for further information. All D.O.C. employees still remained with D.O.C. with no discrepancy.

1. Lt. Eddie Browning was arrested and charged with stalking and sexual harassments in an event that was highly televised. He was immediately transferred to Staton Correctional Facility.
2. Lt. Victor Napier had problems with his wife where as his wife came to the facility and picked him up. Lt Napier abandoned his post. He was the only supervisor on duty and left the facility unsupervised.
3. Sgt. John Crow assaulted his wife about a relationship with an inmate. Nothing was done.
4. Sgt. William Miller was involved in a relationship with COI Kenneth McMann's wife (Tracy McMann) while both were employed at the same institution. Which eventually led to a dispute and a transfer.
5. Sgt. Patricia Davis and COI Johnnie Dumas were both involved in a physical altercation that involved a weapon (radio) at the Montgomery Work Center. Both Davis and Dumas were involved in a love affair with Warden Jeffery Williams. Both Officers were transferred to other institutions.
6. COI Jimmy Glenn and COI Albert Potterfield were involved in a physical altercation where to a weapon (Knife) was used in the Receiving Unit at Kilby.
7. COI Jerry Redic and COI William Scott were involved in a physical / verbal altercation in the Segregation Unit and Kilby Correctional Facility.
8. COI Mary Holmes and COI Debra Caldwell were involved in an altercation at the Montgomery Work Center. COI Holmes was transferred to another institution after COI Caldwell threatened to assault COI Holmes with a weapon (hand-held-radio).
9. COI Willie Lawrence was involved in a physical altercation with his wife after his wife had an involvement with a fellow employee at the sheriff's department. The incident led to COI Lawrence getting a domestic violence charge.
10. COI Charles Caldwell received a Domestic Violence charge after assaulting his wife because of an affair that COI Caldwell was having with Nurse Katie Bailey a former employee at the D.O.C. No actions taken.



PLAINTIFF'S EXHIBIT B

11. COI Bernard McClain was involved in an altercation with his girlfriend which led up to his arrest and charged with domestic violence.