*State of Alabama*
## Alabama Department of Corrections
301 South Ripley Street
P. O. Box 301501
Montgomery, Al. 36130



BOB RILEY
GOVERNOR

DONAL CAMPBELL
COMMISSIONER



March 4, 2005


PLAINTIFF'S EXHIBIT

Ms. Felicia S. Hendricks, CO I
Kilby Correctional Facility
Montgomery, AL 36057

Dear Ms. Hendricks:

On March 2, 2005 you appeared at a Pre-Dismissal Conference held by Warden Terrance McDonnell to answer the following charges against you:

1. Employees shall observe all laws, rules and regulations. (Administrative Regulation 207, Section V, Paragraph A7)

2. Employees shall uphold, with integrity, the public's trust involved in their positions. (Administrative Regulation 207, Section V, Paragraph A9)

3. Each employee's conduct shall, at all times, be consistent with the maintenance of proper security and welfare of the institution and of the inmates under his/her supervision. (Administrative Regulation 207, Section V, Paragraph B)

4. Employees shall not carry any weapons, tear gas, ammunition, or blackjack into the institution or on the grounds of any ADOC state property, except as authorized by the Warden/Division Director. (Administrative Regulation 207, Section V, Paragraph C11)

In determining the appropriate disciplinary action for violations of Administrative Regulation 207, I have also considered the following offenses under Administrative Regulation 208:

1. Fighting, assault, physical violence and disruptive behavior. (Administrative Regulation 208, Section III, Group III Offenses, Paragraph A.3.b.(4)(a))

Page 2
Ms. Felicia S. Hendricks

2. Conduct that is disgraceful, on or off the job, that does adversely affect employee's effectiveness on the job. (Administrative Regulation 208, Section III, Group III Offenses, Paragraph A.3.b.(4)(n))

3. Possession or use of firearms, weapons, explosives, or other dangerous items, except on duty and in designated areas and as authorized in regulations and/or procedures. (Administrative Regulation 208, Section III, Group III Offenses, Paragraph A.3.b.(4)(s))

4. Serious violations of other rules, procedures, laws, or reasonable conduct expectations. (Administrative Regulation 208, Section III, Group III Offenses, Paragraph A.3.b.(4)(v))

On or about February 10, 2005 it was reported that a disturbance occurred in the parking lot of Kilby Correctional Facility that involved you and two (2) other officers. Voices were heard screaming and cursing while another officer was attempting to restrain you.

An investigation on the above referenced incident revealed that you pulled a knife on one (1) of the officers in the Kilby parking lot. You admitted to one (1) of the department's investigator that you did pull the knife on the officer and turned the knife in to him. You further admitted that you bullied the officer by brushing up against her with your chest while pushing her backwards. There were numerous witnesses to this incident regarding your involvement in pulling the knife and/or physical and verbal confrontation on two (2) officers.

A review of your overall work record reveals no active or previous disciplinary action.

Having reviewed the Warden's Notice of Intent to Recommend Dismissal and associated documents, your overall work record, and the defense you offered at the Pre-Dismissal Conference; I do hereby order your dismissal, for the good of the service, to be effective the close of business March 4, 2005.

I regret this action is necessary, but Alabama Department of Corrections' employees are expected to maintain reasonable standards of conduct. Your failure to meet these standards cannot be condoned.

Page 3
Ms. Felicia S. Hendricks

If you think your dismissal is unwarranted, you may appeal the dismissal to the State Personnel Department within ten (10) days by filing an answer to the charges made against you. Such request should be forwarded to the State Personnel Department, Personnel Director, Folsom Administrative Building, 300 Folsom Administrative Building, Montgomery, Alabama 36130-4100.

Sincerely,

Donal Campbell
Commissioner

DC:ne

CC: Mr. Tommy Flowers, State Personnel Director
    Warden Terrance McDonnell, Kilby Correctional Facility
    Mrs. Dora Jackson, Departmental Personnel Director

### State of Alabama
# Alabama Department of Corrections
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130

BOB RILEY
GOVERNOR



DONAL CAMPBELL
COMMISSIONER



March 4, 2005

Ms. Felicia S. Hendricks, CO I
Kilby Correctional Facility
Montgomery, AL 36057

Dear Ms. Hendricks:

On March 2, 2005 you appeared at a Pre-Dismissal Conference held by Warden Terrance McDonnell to answer the following charges against you:

1.  Employees shall observe all laws, rules and regulations. (Administrative Regulation 207, Section V, Paragraph A7)

2.  Employees shall uphold, with integrity, the public's trust involved in their positions. (Administrative Regulation 207, Section V, Paragraph A9)

3.  Each employee's conduct shall, at all times, be consistent with the maintenance of proper security and welfare of the institution and of the inmates under his/her supervision. (Administrative Regulation 207, Section V, Paragraph B)

4.  Employees shall not carry any weapons, tear gas, ammunition, or blackjack into the institution or on the grounds of any ADOC state property, except as authorized by the Warden/Division Director. (Administrative Regulation 207, Section V, Paragraph C11)

In determining the appropriate disciplinary action for violations of Administrative Regulation 207, I have also considered the following offenses under Administrative Regulation 208:

1.  Fighting, assault, physical violence and disruptive behavior. (Administrative Regulation 208, Section III, Group III Offenses, Paragraph A.3.b.(4)(a))

Telephone (334) 353-3883        Fax (334) 353-3967

Page 2
Ms. Felicia S. Hendricks

2. Conduct that is disgraceful, on or off the job, that does adversely affect employee's effectiveness on the job. (Administrative Regulation 208, Section III, Group III Offenses, Paragraph A.3.b.(4)(n))

3. Possession or use of firearms, weapons, explosives, or other dangerous items, except on duty and in designated areas and as authorized in regulations and/or procedures. (Administrative Regulation 208, Section III, Group III Offenses, Paragraph A.3.b.(4)(s))

4. Serious violations of other rules, procedures, laws, or reasonable conduct expectations. (Administrative Regulation 208, Section III, Group III Offenses, Paragraph A.3.b.(4)(v))

On or about February 10, 2005 it was reported that a disturbance occurred in the parking lot of Kilby Correctional Facility that involved you and two (2) other officers. Voices were heard screaming and cursing while another officer was attempting to restrain you.

An investigation on the above referenced incident revealed that you pulled a knife on one (1) of the officers in the Kilby parking lot. You admitted to one (1) of the department's investigator that you did pull the knife on the officer and turned the knife in to him. You further admitted that you bullied the officer by brushing up against her with your chest while pushing her backwards. There were numerous witnesses to this incident regarding your involvement in pulling the knife and/or physical and verbal confrontation on two (2) officers.

A review of your overall work record reveals no active or previous disciplinary action.

Having reviewed the Warden's Notice of Intent to Recommend Dismissal and associated documents, your overall work record, and the defense you offered at the Pre-Dismissal Conference; I do hereby order your dismissal, for the good of the service, to be effective the close of business March 4, 2005.

I regret this action is necessary, but Alabama Department of Corrections' employees are expected to maintain reasonable standards of conduct. Your failure to meet these standards cannot be condoned.

Page 3
Ms. Felicia S. Hendricks

If you think your dismissal is unwarranted, you may appeal the dismissal to the State Personnel Department within ten (10) days by filing an answer to the charges made against you. Such request should be forwarded to the State Personnel Department, Personnel Director, Folsom Administrative Building, 300 Folsom Administrative Building, Montgomery, Alabama 36130-4100.

Sincerely,

Donal Campbell
Commissioner

DC:ne

CC: Mr. Tommy Flowers, State Personnel Director
Warden Terrance McDonnell, Kilby Correctional Facility
Mrs. Dora Jackson, Departmental Personnel Director