IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-00714-WKW |
| | ) |
| TERRANCE MCDONNELL, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion to File Response to Summary Judgment Out of Time (Doc. # 37), it is ORDERED that the motion is GRANTED. The Court will consider the Response filed contemporaneously with said motion.

DONE this the 10th day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE