**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**FELICIA S. HENDRICKS,** )
)
**Plaintiff,** )
)
**vs.** ) **2:05-CV-714-F**
)
**TERRANCE MCDONNELL, et al.,** )
)
**Defendants.** )

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

This Honorable Court has directed the counsel for all parties to conduct a good faith settlement and evaluation as to whether mediation would be beneficial. This Court further directed that Plaintiff's counsel to prepare and file notice to doing the same. Defendants' counsel has reminded the Plaintiff's counsel to do so and yet it has not been done. In abundance of caution, Defendants' counsel files this notice.

A settlement conference was conducted by the counsel of all parties on June 8, 2006. Settlement was not reached at this conference. The parties do not believe that mediation will assist them in resolving the case at the present time. If the parties later find that mediation may be helpful they will so notify the court.

Respectfully submitted,

Kim T. Thomas (THO115)
General Counsel
Assistant Attorney General

/s/ Greg Biggs
Greg Biggs (BIG004)
Assistant General Counsel
Assistant Attorney General

**OF COUNSEL:**
Alabama Department of Corrections
301 S. Ripley St.
Post Office Box 301501
Montgomery, Alabama 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I do hereby certify that on the 20th of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

I also hereby certify that I have served a copy of the foregoing pleading upon:

**A.WESLEY PITTERS, P.C.**
**1145 South Perry Street**
**P.O.Box 1973**
**Montgomery, AL 36102-1973**

by placing same in the United States Mail, first class postage prepaid and properly addressed this 20th day of July, 2006.

/s/ Greg Biggs
Greg Biggs (BIG004)
Assistant General Counsel