# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **FELICIA S. HENDRICKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **2:05-CV-714-F** |
| | ) | |
| **TERRANCE MCDONNELL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT'S EXHIBIT LIST

Come now the Defendants, Terrance McDonnell and Department of Corrections, by and through undersigned counsel in the above-styled cause, and pursuant to the Uniform Scheduling Order, entered on December 13, 2005, disclose the following documents that are expected to be used at trial:

1.    Felicia S. Hendricks Personnel File

2.    Institutional Incident Report, re: Felicia Hendricks

3.    Administrative Regulations of Alabama Department of Corrections
       No. 207 and No. 208

4.    Witness statements of incident of February 10, 2005

5.    All Statements of Hendricks; written; transcribed; audio taped

6.    Deposition of Hendricks
       pp. 9; 11; 21-43; 53; 54; 60-62; 89; 90; 93-94; 160-162

7.    All Documents Any and all documents that may be offered by the Plaintiff

8.    Any and all documents necessary to rebut testimony and/or evidence presented by the Plaintiff.

9.     These Defendants reserve the right to supplement this list.

Respectfully submitted,


KIM T. THOMAS (THO115)
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL


/s/GREG BIGGS (BIG004)
GREG BIGGS (BIG004)
DEPUTY ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL


**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
301 Ripley Street
P.O. Box 301501
Montgomery, AL  36130-1501

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 15th day of August, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and that I served a copy of the foregoing document on:

> **A. WESLEY PITTERS, P.C.**
> **Attorney for the Plaintiff**
> **1145 South Perry Street**
> **P.O.Box 1973**
> **Montgomery, AL 36102-1973**

by placing a copy of the same in the United States Mail, First Class postage prepaid and properly addressed.

/s/GREG BIGGS (BIG004)
GREG BIGGS (BIG004)
ASSISTANT ATTORNEY GENERAL