IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FELICIA S. HENDRICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:05-CV-714-F |
| | ) | |
| TERRANCE MCDONNELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT'S WITNESS LIST

Come now the Defendants, Terrance McDonnell and Department of Corrections, by and through undersigned counsel in the above-styled cause, and pursuant to the Uniform Scheduling Order, entered on December 13, 2005, disclose the following individuals who may be called as witnesses. Those designated with an asterisk are those expected to testify.

1. Felicia S. Hendricks*
   c/o A. Wesley Pitters, P.C.
   1145 South Perry Street
   Montgomery, AL 36104

2. Errick Demus*
   Alabama Department of Corrections
   Investigations & Intelligence Division
   301 South Ripley Street
   Montgomery, AL 36103
   (334) 353-3883

3. Lilkenya Colbert*
   c/o Kilby Correctional Facility
   P O Box 150
   Mt. Meigs, AL 36507
   (334) 215-6600

4. Latoya Nelson*
   c/o Kilby Correctional Facility
   P O Box 150
   Mt. Meigs, AL 36507
   (334) 215-6600

5. Kramer Penn*
   c/o Kilby Correctional Facility
   P O Box 150
   Mt. Meigs, AL 36507
   (334) 215-6600

6. Kenneth Cash
   c/o Kilby Correctional Facility
   P O Box 150
   Mt. Meigs, AL 36507
   (334) 215-6600

7. Roosevelt Pettaway
   c/o Kilby Correctional Facility
   P O Box 150
   Mt. Meigs, AL 36507
   (334) 215-6600

8. Michael Anderson*
   c/o Kilby Correctional Facility
   P O Box 150
   Mt. Meigs, AL 36507
   (334) 215-6600

9. Jarvin Jarrett
   c/o Kilby Correctional Facility
   P O Box 150
   Mt. Meigs, AL 36507
   (334) 215-6600

10. Michael J. Armstrong
    c/o Kilby Correctional Facility
    P O Box 150
    Mt. Meigs, AL 36507
    (334) 215-6600

11. Gwendolyn Foster
    c/o Kilby Correctional Facility
    P O Box 150
    Mt. Meigs, AL 36507
    (334) 215-6600

12. Tchernavia Blackmon
    c/o Kilby Correctional Facility
    P O Box 150
    Mt. Meigs, AL 36507
    (334) 215-6600

13. Terrance McDonnell*
    Alabama Department of Corrections
    301 South Ripley St.
    Montgomery, AL 36103
    (334) 353-3883

14. Dora Jackson or her designee*
    Alabama Department of Corrections
    301 South Ripley Street
    Montgomery, AL 36103
    (334) 353-3883

15. Any and all witnesses who may be necessary to rebut testimony and/or evidence presented by the Plaintiff.

16. Any and all witnesses who may be offered by Plaintiff.

17. These Defendants reserve the right to supplement this list.

Respectfully submitted,

KIM T. THOMAS (THO115)
DEPUTY ATTORNEY GENERAL
GENERAL COUNSEL


/s/ Greg Biggs (BIG004)
GREG BIGGS (BIG004)
DEPUTY ATTORNEY GENERAL
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
301 Ripley Street
P.O. Box 301501
Montgomery, AL 36130-1501

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and that I served a copy of the foregoing document on:

**A.WESLEY PITTERS, P.C.**
**Attorney for the Plaintiff**
**1145 South Perry Street**
**P.O.Box 1973**
**Montgomery, AL 36102-1973**

by placing a copy of the same in the United States Mail, First Class postage prepaid and properly addressed.

/s/ Greg Biggs (BIG004)
Greg Biggs (BIG004)
Assistant General Counsel
Assistant Attorney General