### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| FELICIA S. HENDRICKS , | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **2:05-CV-714-F** |
| | ) | |
| WARREN MCDONNELL, et al., | ) | |
| | ) | |
| **Defendants.** | | |

### DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

COMES NOW, the Defendants, by and through their undersigned counsel, and files their objections to the Plaintiff's exhibits as follows:

A. The Defendants object to any and all exhibits as listed in a document called "Plaintiff's Exhibit List"(see attached) received by the Defendants by facsimile at 11:21 pm on August 28, 2006. The objections are as follows:

1. Plaintiff's personnel file : No objection

2. Plaintiff's institutional file: Objection. Defendants do not know what the Plaintiff is referring in this instance and as such, objects to it as being hearsay, self-serving, irrelevant, immaterial.

3. Witnesses Statements given to investigators: Objection as they are hearsay, self-serving, irrelevant, and immaterial. It is unclear which oral or written statements Plaintiff is referring.

4. Deposition excerpts: Plaintiffs Deposition

Pages: cited in brief in opposition to motion for summary judgment

   a. Pp. 21-43: ( Objection: statements are self serving, hearsay attempting to conclude or establish purported events as being

"similarly situated"; these statements are the result of second

and possible even third hand information; <u>Fed R. Evid. 803</u>;

these statements also refer to Defense exhibits 14 and 15 that

are the Plaintiff's own compilation of hearsay, attempting to

restate a summary of purported events that she claims are

"similarly situated"; the Defendants object to these as well )

b. Pp. 53-54:(<u>Objection</u>: statements are self serving hearsay

attempting to conclude or establish purported events as  being

similarly situated; these statements are the result of second and

possible even third hand information; <u>Fed R. Evid. 803</u>

c. Pp. 60-62: <u>Objection</u>: statements are self serving hearsay

attempting to conclude or establish purported events as  being

similarly situated; these statements are the result of second and

possible even third hand information; <u>Fed R. Evid. 803</u>

d. P. 89: <u>Objection</u>: statements are self serving hearsay

attempting to conclude or establish purported events as  being

similarly situated; these statements are the result of second and

possible even third hand information; <u>Fed R. Evid. 803</u>

e. P.90:  <u>Objection</u>: statements are self serving hearsay

attempting to conclude or establish purported events as  being

similarly situated; these statements are the result of second and

possible even third hand information; <u>Fed R. Evid. 803</u>

f. Pp. 93-94: <u>Objection</u>: statements are self serving hearsay

attempting to conclude or establish purported events as being

similarly situated; these statements are the result of second and

possible even third hand information; Fed R. Evid. 803

      g. Pp. 160-162: <u>Objection</u>: these are self serving conclusions made

          by the Plaintiff that go beyond her qualifications and

          knowledge. They further invade the province of the trier of

          fact. <u>Fed R. Evid. 701-704</u>

5. **Montgomery Police Incident Report: Sgt. Crow:** <u>Objection</u>: statements are

self serving hearsay attempting to conclude or establish purported events as

being similarly situated; <u>Fed R. Evid. 803</u>

WHEREFORE THE ABOVE CONSIDERED, the Defendants respectfully request

that the above exhibits be excluded from admission unless and until the Plaintiff can

properly offer as evidence.

Respectfully submitted,

Kim T. Thomas (THO115)
General Counsel
Deputy Attorney General

/s/Greg Biggs (BIG004)
Greg Biggs (BIG004)
Assistant Attorney General
Assistant General Counsel

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Post Office Box 301501
301 South Ripley Street
Montgomery, Al. 36130
(334) 353-3885

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 29th day of August, 2006, electronically

filed the forgoing document with the Clerk of the Court using the CM/ECF system and

that I served a copy of the foregoing document via United States Mail, postage prepaid,

first class, on :

> **A.WESLEY PITTERS, P.C.**
> **Attorney for the Plaintiff**
> **1145 South Perry Street**
> **P.O.Box 1973**
> **Montgomery, AL 36102-1973**

by placing a copy of the same in the United States Mail, First Class postage prepaid and

properly addressed.

Greg Biggs (BIG004)
Greg Biggs (BIG004)
Assistant Attorney General
Assistant General Counsel