IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO.: 2:05-CV-714-WKW |
| WARDEN McDONNELL; STATE OF ALABAMA DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| Defendants. | ) ) |

### PLAINTIFF'S EXHIBIT LIST

COMES NOW, Plaintiff Felicia S. Hendricks by and through undersigned counsel, and submit the following exhibits to be used at the trial of the above-styled cause:

Plaintiff's Personnel File

Institutional File: Plaintiff's

Witnesses Statements given to investigators

Deposition excerpts: Plaintiff's Deposition
Pages: cited in brief in opposition to motion for summary judgment

Montgomery Police Incident Report: Sgt. Crow

All documents necessary to rebut evidence offered by the defense.

All documents that may be offered by the defense.

Plaintiff reserves the right to supplement this list or otherwise put the defendant on notice of other documents not listed herein that may be used an exhibit in the trial of this case.

Respectfully submitted,

_____
Amardo Wesley Pitters, Esquire
Attorney for the Plaintiff

Alabama State Bar No.: 8989-T64A

OF COUNSEL:

A. WESLEY PITTERS, P.C.
1145 South Perry Street (36104)
P.O. Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on this the _28_ day of August, 2006, copy of the foregoing was duly served upon the following:

> Hon. Greg Biggs
> Assistant General Counsel
> Assistant Attorney General
> Alabama Department of Corrections
> Post Office Box 301501
> 301 South Ripley Street
> Montgomery, Alabama 36130

via United States Postal Service.

_____
Amardo Wesley Pitters, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FELICIA S. HENDRICKS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| WARDEN McDONNELL; STATE OF ALABAMA DEPARTMENT OF CORRECTIONS, | ) CASE NO.: 2:05-CV-714-WKW ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S WITNESS LIST

COMES NOW, Plaintiff Felicia S. Hendricks by and through undersigned counsel, and submit the following witnesses to be called at the trial of the above-styled cause:

Felicia S. Hendricks
c/o A. Wesley Pitters, P.C.,
1145 South Perry Street,
Montgomery, Alabama 36104

Warden Terrance McDonnell
c/o Hon. Greg Biggs
ADOC Legal Division
301 South Ripley Street
Montgomery, Alabama 36104

Investigator Errick Demus
ADOC, Investigations and Intelligence Division
c/o Hon. Greg Biggs
ADOC Legal Division
301 South Ripley Street
Montgomery, Alabama 36104

Latoya Nelson; Kramer Penn; Likenya Colbert; Roosevelt Pettaway;
Michael Anderson; Tchernavia Blackmon; Kenneth Cash; Jarvin Jarrett;
Gwendolyn Foster
c/o Hon. Greg Biggs
ADOC Legal Division
301 South Ripley Street
Montgomery, Alabama 36104

Thomas Parks
c/o Hon. Greg Biggs
ADOC Legal Division
301 South Ripley Street
Montgomery, Alabama 36104

Plaintiff reserves the right to supplement this list or otherwise put the defendant on notice of other persons who may have discoverable information concerning the factual issues in this case or to make available for inspection documents that may be relevant to the issues in litigation.

Respectfully submitted,

Amardo Wesley Pitters, Esquire
Attorney for the Plaintiff
Alabama State Bar No.: 8989-T64A

OF COUNSEL:

A. WESLEY PITTERS, P.C.
1145 South Perry Street (36104)
P.O. Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the _28_ day of February, 2006, copy of the foregoing was duly served upon the following:

Hon. Greg Biggs
Assistant General Counsel
Assistant Attorney General
Alabama Department of Corrections
Post Office Box 301501
301 South Ripley Street
Montgomery, Alabama 36130

United States Postal Service.

_Amardo Wesley Pitters, Esquire_

# FAX TRANSMISSION

LAW OFFICES OF A. WESLEY PITTERS
**A PROFESSIONAL CORPORATION**
EST. 1997

*"Lawyers... in the Service of Others"* ™

1145 South Perry Street (36104)
Post Office Box 1973
Montgomery, Alabama 36102-1973
(334) 265-3333
Fax: (334) 265-3411
www.ppitterslawfirm.com
awpitters@pitterslawfirm.com

| | | | |
|---|---|---|---|
| **To:** | Greg Biggs, Esquire<br>Alabama Department of Corrections<br>Legal Division | **Date:** | August 28, 2006 |
| **Fax #:** | (334) 353-3891 | **Pages:** | 5, including fax page |
| **From:** | Amardo Wesley Pitters, Esquire | | |
| **Subject:** | *Felicia Hendricks vs. ADOC; et al.*<br>United States District Court<br>Case Number: 2:05-cv-714-WKW | | |
| **Time:** | 11:15 p.m. C.D.T. | | |

**COMMENTS:** Pursuant to the court's Order at the pretrial conference, I am hereby serving you with the plaintiff's exhibit and witness lists.

**PRIVILEGE & CONFIDENTIALITY NOTICE:** THIS FACSIMILE IS MEANT ONLY FOR THE ABOVE-REFERENCED PERSON, IS OF BONA FIDE CONFIDENTIALITY AND IS LEGALLY PROTECTED BY ANY APPLICABLE PRIVILEGE. PERSONS RESPONSIBLE FOR DELIVERING THIS COMMUNICATION ARE ADMONISHED THAT IT MAY NOT BE COPIED OR DISSEMINATED EXCEPT AS DIRECTED BY THE ADDRESSEE. IF YOU RECEIVE THIS FAX IN ERROR, PLEASE CALL (334) 265-3333 AND ASK FOR ATTORNEY PITTERS.